## DM Records, Inc.
**Projected Six Month Budget**

| Month | Nov-15 | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
|   Royalty Income | | | | | | |
|     DM Catalog | $15,613.16 | $15,613.16 | $15,613.16 | $15,613.16 | $15,613.16 | $15,613.16 |
|     Belmark Catalog | $238.10 | $238.10 | $238.10 | $238.10 | $238.10 | $238.10 |
|   Total Royalty Income | **$15,851.26** | **$15,851.26** | **$15,851.26** | **$15,851.26** | **$15,851.26** | **$15,851.26** |
|   Online Sales | $6,630.92 | $6,630.92 | $6,630.92 | $6,630.92 | $6,630.92 | $6,630.92 |
|   Sales of Product Income | $51.33 | $51.33 | $51.33 | $51.33 | $51.33 | $51.33 |
|   Total Income | **$22,533.51** | **$22,533.51** | **$22,533.51** | **$22,533.51** | **$22,533.51** | **$22,533.51** |
|   Cost of Goods Sold | | | | | | |
|     Studio Expense | $117.39 | $117.39 | $117.39 | $117.39 | $117.39 | $117.39 |
|     Studio Supplies | $7.83 | $7.83 | $7.83 | $7.83 | $7.83 | $7.83 |
|   Total Cost of Goods Sold | **$125.22** | **$125.22** | **$125.22** | **$125.22** | **$125.22** | **$125.22** |
| **Gross Profit** | **$22,408.29** | **$22,408.29** | **$22,408.29** | **$22,408.29** | **$22,408.29** | **$22,408.29** |
| Expenses | | | | | | |
|   Accounting | $318.86 | $318.86 | $318.86 | $318.86 | $318.86 | $318.86 |
|   Advertising | $112.80 | $112.80 | $112.80 | $112.80 | $112.80 | $112.80 |
|   Auto Expense | $47.41 | $47.41 | $47.41 | $47.41 | $47.41 | $47.41 |
|   Auto Lease Expense | $680.91 | $680.91 | $680.91 | $680.91 | $680.91 | $680.91 |
|   Bank Charges | $155.17 | $155.17 | $155.17 | $155.17 | $155.17 | $155.17 |
|   Bank of America Payment | $597.66 | $597.66 | $597.66 | $597.66 | $597.66 | $597.66 |
|   Boat Expenses | $139.02 | $139.02 | $139.02 | $139.02 | $139.02 | $139.02 |
|   Dues and Subscriptions | $145.71 | $145.71 | $145.71 | $145.71 | $145.71 | $145.71 |
|   Health Insurance | $9.52 | $9.52 | $9.52 | $9.52 | $9.52 | $9.52 |
|   Legal Fees | $3,499.85 | $3,499.85 | $3,499.85 | $3,499.85 | $3,499.85 | $3,499.85 |
|   Licenses & Taxes | $49.45 | $49.45 | $49.45 | $49.45 | $49.45 | $49.45 |
|   Management Fees | $4,885.71 | $4,885.71 | $4,885.71 | $4,885.71 | $4,885.71 | $4,885.71 |
|   Royalty Accounting Expense | $762.75 | $762.75 | $762.75 | $762.75 | $762.75 | $762.75 |
|   Office Expenses | $166.01 | $166.01 | $166.01 | $166.01 | $166.01 | $166.01 |
|   On-Line Expenses | $16.65 | $16.65 | $16.65 | $16.65 | $16.65 | $16.65 |
|   Payroll Taxes | $949.34 | $949.34 | $949.34 | $949.34 | $949.34 | $949.34 |
|   Postage and Delivery | $39.33 | $39.33 | $39.33 | $39.33 | $39.33 | $39.33 |
|   Rent & Storage | $451.51 | $451.51 | $451.51 | $451.51 | $451.51 | $451.51 |
|   Repairs & Maintenance | $88.82 | $88.82 | $88.82 | $88.82 | $88.82 | $88.82 |
|   Supplies | $52.23 | $52.23 | $52.23 | $52.23 | $52.23 | $52.23 |
|   Telephone | $359.03 | $359.03 | $359.03 | $359.03 | $359.03 | $359.03 |
|   Travel & Entertainment | $74.42 | $74.42 | $74.42 | $74.42 | $74.42 | $74.42 |
|   Entertainment | $4.15 | $4.15 | $4.15 | $4.15 | $4.15 | $4.15 |
|   Hotels | $63.26 | $63.26 | $63.26 | $63.26 | $63.26 | $63.26 |
|   Meals | $328.87 | $328.87 | $328.87 | $328.87 | $328.87 | $328.87 |
|   Travel | $166.17 | $166.17 | $166.17 | $166.17 | $166.17 | $166.17 |
|   Payroll Officer Salary | $1,904.76 | $1,904.76 | $1,904.76 | $1,904.76 | $1,904.76 | $1,904.76 |
|   US Trustee Fee | $216.66 | $216.66 | $216.66 | $216.66 | $216.66 | $216.66 |
|   Uncategorized Expense | $1.26 | $1.26 | $1.26 | $1.26 | $1.26 | $1.26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Expenses** | $16,287.29 | $16,287.29 | $16,287.29 | $16,287.29 | $16,287.29 | $16,287.29 |
| **Net Operating Income** | **$6,121.00** | **$6,121.00** | **$6,121.00** | **$6,121.00** | **$6,121.00** | **$6,121.00** |
| Income- Boat Loan Payment | $952.38 | $952.38 | $952.38 | $952.38 | $952.38 | $952.38 |
| Expenses-Garnishment | $426.15 | $426.15 | $426.15 | $426.15 | $426.15 | $426.15 |
| Net Other Income | **$526.23** | **$526.23** | **$526.23** | **$526.23** | **$526.23** | **$526.23** |
| **Net Income** | **$6,647.23** | **$6,647.23** | **$6,647.23** | **$6,647.23** | **$6,647.23** | **$6,647.23** |