UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov


IN RE:                                                              CASE NO. 15-30368-RBR
                                                                         CHAPTER 11
DM RECORDS, INC.,
Dba Ashley Watson Publishing,
BMI dba Sky Records, dba Koke,
Moke and Noke Publishing,
BMI dba DM Music Group dba
Critifque Records,

             Debtor.
_____/

**CREDITOR'S ,ALVERTIS ISBELL D/B/A ALVERT MUSIC, OBJECTION TO
DEBTOR'S EXPEDITED MOTION FOR AUTHORITY TO USE CASH COLLATERAL
PURSUANT TO 11 U.C.C. § 363 *NUNC PRO TUNC* TO PETITION DATE AND FOR
ADDITIONAL NINETY DAYS**


ALVERTIS ISBELL D/B/A ALVERT MUSIC ("ISBELL"), by and through counsel,
hereby objects to the *Expedited Motion for Authority To Use Cash Collateral Pursuant to 11
U.S.C. § 363 Nunc Pro Tunc to Petition Date and For An Additional Ninety Days* (the "Motion")
[ECF NO. 7] and as grounds therefore, stated:

1.      This case was commenced by the filing of a voluntary petition for relief under
chapter 11 of title 11, United States Code (the "Bankruptcy Code") on November 19, 2015.
Previously, on February 13, 2013, Isbell filed an involuntary petition against the Debtor under
case number 13-13281.  The Debtor opposed the involuntary petition and the case was ultimately
dismissed on March 11, 2014.

2.      As of the Petition Date, the Debtor is indebted to ISBELL in excess of
$2,263,982.28, all of which is secured by a Final Judgment against the Debtor in the amount of

- 1 -

$2,263,982.28 plus post-judgment interest at the rate of 0.18% compounded annually, entered on September 27, 2012 (the "Judgment Lien"). The Judgment Lien was duly recorded with the Florida Secretary of State on October 30, 2012 under document number J12000786031. In addition, the Judgment Lien was registered with the U.S. Patent and Copyright Office. As a result of the foregoing, Isbell has a lien on all of the Debtor's assets.

3. In its Motion, the Debtor seeks the use of the cash collateral of Bank of America, N.A. d/b/a Nations Bank (the "BOA"). Despite the duly recorded Judgment Lien, the Debtor has not requested authorization to use any cash collateral of Isbell.

4. In the Budget attached to its Motion, the Debtor, DM Records, Inc. (the "Debtor" or "DM Records"), does not provide for any payment to Isbell on its Judgment Lien.

5. Under the Bankruptcy Code, the party asserting an interest in cash collateral has the initial burden of demonstrating the validity, priority or extend of its interest. 11 U.S.C. § 363(p)(2). Once this burden is met, the trustee or debtor in possession bears the burden of proof on the issue of adequate protection.

6. In the present case, as set forth above, Isbell holds a first priority lien on and security interest in the Debtor's personal property assets inasmuch as Isbell's registration of the Judgment Lien with the U.S. Patent and Trademark Office preceded any registration by BOA.

7. By way of this Objection, Isbell unequivocally states that it does not consent to the Debtor's use of cash collateral and hereby requests adequate protection of its interests. The Debtor, therefore, must prove that Isbell's interests are protected. Isbell respectfully submits that the Debtor has not, and cannot meet this burden

8. In the Budget attached to the Motion, the Debtor has failed to provide for monthly payments, or any meaningful payments to Isbell.

- 2 -

- 3 -

WHEREFORE, Isbell respectfully requests that this Court enter an order sustaining this Objection, denying the Debtor's Motion and granting such other and further relief as this Court deems just and proper.

Dated:   December 8, 2015            Respectfully submitted,

                                    FURR AND COHEN, P.A.
                                    Attorney for Alvertis Isbell
                                    2255 Glades Road, Suite 337W
                                    Boca Raton, FL 33431
                                    (561)395-0500 / Fax (561)338-7532

                                    By   /s/ Alvin S. Goldstein, Esq.
                                        Florida Bar No. 993621
                                        E-mail:  agoldstein@furrcohen.com

**SERVED VIA ECF NOTICE: (12/8/2015)**

- Alvin S. Goldstein    bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com;agoldstein@furrcohen.com
- David L. Merrill    dlmerrill@merrillpa.com, ecf@merrillpa.com;zcastro@merrillpa.com;ecfmerrillpa@gmail.com;dmaharrey@merrillpa.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**SERVED VIA U.S. MAIL: (12/8/2015)**

DM Records, Inc.
265 South Federal Hwy #352
Deerfield Beach, FL  33441

- 3 -