**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Fort Lauderdale Division
www.flsb.uscourts.gov

IN RE:

DM RECORDS, INC.,                                          Case No: 15-30368-RBR

          Debtor.                                          Chapter 11

_____/

**DM RECORDS, INC.'S MOTION TO RECONSIDER ORDER DIRECTING**
**APPOINTING CHAPTER 11 TRUSTEE [DE #59]**

COMES NOW the Debtor-in-Possession, DM RECORDS, INC. ("Debtor"), by and through its undersigned counsel, and files this *Motion to Reconsider Order Directing Appointment of Chapter 11 Trustee [DE #59]* ("Motion") and states:

BACKGROUND

1.     On or about February 1, 2016 this court entered an *Order Directing Appointment of Trustee* [DE #59] ("Order") for the purpose of allowing an independent third party to review the Debtor and its finances and determine if the case should continue in Chapter 11, be converted to a Chapter 7 or be dismissed.

2.     Over the weekend, a settlement occurred between the parties that, once drafted and executed, will resolve all open issues with the Debtor's largest creditor, Al Bell, which in turn will resolve the primary issues and reasons for having filed the instant case.

3.     Nothing in this Motion should be deemed as a request that the appointed Chapter 11 trustee not be compensated for his reasonable time and efforts herein. However, as the basis for the Order entered herein appears to have been abrogated, reconsideration is warranted and an appropriate order entered taking into account the

**MERRILL PA**

settlement that has been reached, details of which shall be made as soon as the same is fully drafted and executed for the court's consideration.

WHEREFORE the Debtor respectfully requests that this Court enter an order granting the Debtor's Motion herein and granting to the Debtor such other and further relief as is just and proper.

## CERTIFICATIONS

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically or U.S. Mail to all interested parties attached on this 16th day of February, 2016.

Respectfully submitted,

**MERRILL PA**

By: _____ */s/ David Lloyd Merrill* _____
     DAVID LLOYD MERRILL, Esq.
     Florida Bar No. 99155
     Trump Plaza
     525 S Flagler Drive, Fifth Floor
     West Palm Beach, FL 33401
     (o) +1.561.877.1111
     dlmerrill@merrillpa.com
     Attorneys for Debtor