**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**
**www.flsb.uscourts.gov**

**In re:**

**DM RECORDS, INC.**                                      **Case No. 15-30368-RBR**

      **Debtor.**                                      **Chapter 11 Case**
_____/

## APPLICATION FOR AN ORDER AUTHORIZING
## AFFILIATE OFFICER COMPENSATION

Debtor-in-Possession, DM RECORDS, INC. ("Debtor") respectfully requests an order of the court authorizing the payment of compensation to two Affiliate Officers of the Debtor, Mark Watson and David Watson (hereinafter the "Watsons") and states:

1. On November 19, 2015, Debtor filed a voluntary Chapter 11 bankruptcy petition under Chapter 11 of Title 11 of the United States Bankruptcy Code, case number 15-30368-RBR.

2. Debtor requires the services of the Watsons in order to continue its operations and generate operational cash.

3. Prior to the filing of this case, the Watsons served in this capacity and were compensated 30% of the amounts they generated for the Debtor.

4. Since the outset of this case, the Watsons have generated over $250,000.00 in operational cash, but received no compensation.

5. The Watsons are asking that they be compensated 30% of the income generated in this case.

6. The trustee in this case, Les Osbourne, has been contacted and does not oppose this Motion and agreed that the Debtors take the lead in filing the same.

7. This Motion may merely be a matter of obtaining a comfort order:  This

court previously approved the use of cash collateral and budget that reflects that roughly 30% of the revenues earned were to be paid as management fees and salary to the Watsons (*See* Budget at DE #7-1).   Since the filing of this case, the Watsons have received no compensation for their efforts despite this prior authorization.

WHEREFORE, the Debtor respectfully requests an Order authorizing the payment of compensation in the amount of 30% of the operational revenues generated by the Watsons be paid to them as compensation and requests such other and further relief as this court may deem just and proper..

CERTIFICATIONS

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true copy of the foregoing document has been furnished by electronic or U.S. Mail to all interested parties on this May 19, 2016.

**MERRILL PA**

By:  _____*/s/ David Lloyd Merrill*_____
      DAVID LLOYD MERRILL, Esq.
      Florida Bar No. 99155
      Trump Plaza Office Center
      525 S Flagler Drive, Fifth Floor
      West Palm Beach, FL 33401
      (o)+1.561.877-1111
      (f) +1.561.832-7668
      dlmerrill@merrillpa.com
      Attorneys for Debtor