**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                              CASE NO.:  15-30368-BKC-RBR
                                                    CHAPTER 11
DM Records, Inc.,

      Debtor.
_____/

## NOTICE OF TAKING RULE 2004 EXAMINATION DUCES TECUM

Leslie S. Osborne, Chapter 11 Trustee, by and through the undersigned counsel, gives notice that he shall examine **MARK WATSON** and **DAVID WATSON**, under oath on **September 23, 2016 at 9:30 a.m., at the offices of Rappaport Osborne Rappaport & KIEM, PL, 1300 N. Federal Highway, Suite 203, Boca Raton, FL 33432**.  The examination may continue from day to day until completed.

The examination is pursuant to FRBP 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony.  The scope of the examination shall be as described in FRBP 2004.  Pursuant to Local Rule 2004-1 no order shall be necessary.

If the examinee requires an interpreter it is the examinee's responsibility to engage the employment of such interpreter to be present at the examination.

### DUCES TECUM

The examinee is directed to deliver the following documents to counsel for the Trustee two (2) business days prior to the date of the examination:

**SEE EXHIBIT "A" ATTACHED HERETO**

## DEFINITIONS OF TERMS

For purposes of the Notice of Rule 2004 Examination Duces Tecum, attached hereto, the following words shall have the meanings indicated below:

1.      "Copies" of documents includes, but is not limited to, duplicates or counterparts of any original produced from the same impression or process as the original by carbon or other chemical or substance or process; negative and positive film and prints of an original or copy of reproductions and facsimiles of an original or copy, whether or not the same size, produced by photographic, micro-photographic, photostatic, xerographic, electronic, computerized, or mechanized process, or by any other process, and enlargement and reductions thereof; and the data or other information comprising a record stored or transmitted as provided in the preceding definition of "Record," and the visible data or other information generated or regenerated or transmitted by such information storage or retrieval or transmission system or device, if it is legible or can be made legible by enlargement or other process.

2.      "Debtor" is intended to and shall mean the Debtor listed in the above styled case herein, in addition, his attorneys, accountants, agents, servants, associates, employees, representatives, investigators, and others who are or who have been in possession of or may have obtained information for or on behalf of him with respect to any matter referred to in the pleadings in the above styled case.

3.      "Document" includes each and every original and copy of any written, recorded, or graphic matters, however produced or reproduced and regardless of where located, including but not limited to any summary, schedule, memorandum, note, statement, letter, email, telegraph, inter or intra-office communication, report, diary,

desk or pocket calendar or notebook, day book, appointment book, pamphlet, periodical, work sheet, list, graph, chart, index, tape, record, drawing, partial or complete report of telephone or oral conversation, compilation, tabulation, computer-stored memory component or device, study, analysis, transcript, minutes, data sheet, data processing card or tape, phone-records, and all memorials of any conversations, meetings or conferences, by telephone or otherwise, and any other writing or recording in the possession, custody or control of Debtor, or his attorneys.  The term "document" shall also include the files in which any documents are maintained, including file folders or file jackets, and adjacent or related exhibit folders in which any documents are filed or maintained.

4.      "Interest" shall be deemed to include corporation, limited partnership, general partnership, limited liability company, joint venture, limited liability partnership, professional association, or other entity, regardless of whether such Interest was ever formed, transacted or open for business, in which (a) you held or had the right to purchase or acquire an ownership interest, whole or fractional, (b) you provided consulting, investment, marketing or other advice, (c) you were an officer, director, shareholder, partner, consultant, investor, adviser, managing executive, managing agent, person in control, or (d) you considered becoming an owner, investor, partner, shareholder, director, officer, managing executive or agent, adviser, or consultant.

5.      "Materials" shall be deemed to include all documents, letters, memoranda, notes and any other written communication and written notes of all oral communications, whether in person or by telephone, and every record of every type, including but not limited to, information stored on any electromagnetic storage device,

any written, printed, typed, recorded, or graphic matter, however produced or reproduced or stored, in the possession, custody or control of Debtor, all drafts, notes, or preparatory material concerned with said document, and every additional copy of such record or document where such copy contains any commentary, notations, or other change whatsoever that does not appear on the original or other copy of the document produced.  Also included in this definition is any summary of a document or documents called for hereafter.  It is requested that all documents be produced in the manner they are kept in the ordinary course of business.

6.      "Petition Date" shall mean the date of filing of the original petition in the above-styled case.

7.      "Record" includes but is not limited to each and every book of account and other books of every kind, journals, ledgers, statements, instruments, files, email, messages, writings of every kind, and other internal or other data and other information of every description made or received by you in the regular course of business or otherwise, regardless of the mode in which it is recorded; the original of any such record includes the data or other information comprising a record stored or transmitted in or by means of any electronic, computerized, mechanized, or other information storage or retrieval or transmission system or device which can upon request generate, regenerate, or transmit the precise data or other information comprising the record, and an original also includes the visible data or other information so generated, regenerated, or transmitted if it is legible or can be made legible by enlargement or other process.

8.      "You" or "Your" means the Deponent named herein above, including, but not limited to, his/her agents, employees or other servants, attorneys, representatives of any kind, and any other person or entity acting on behalf or for the benefit of Deponent.

## INSTRUCTIONS

In responding to the Notice of Rule 2004 Examination Duces Tecum, you are required to produce those materials within your custody or control, and in addition, those in the possession of or obtainable by your attorneys, investigators, adjusters, insurance carriers, representatives, agents or anyone acting on your behalf or on their behalf.

If, in responding to the Subpoena Duces Tecum, you withhold production of any document on the ground of a privilege not to disclose the document, please state with respect to each such document: (a) The type of document involved and a general description of the context of the document; (b) The name, business and residence addresses and telephone numbers, and any position of the individual from whom the document emanated; (c) The name, business, and residence address and telephone numbers and positions of each individual to whom the document or copy of the document was sent; (d) The privilege upon which Debtor, relies in withholding the document; (e) The facts upon which Debtor, relies on support of his claim that they were privileged to withhold the document or documents; and, (f) the names, business and residence address and telephone numbers, and positions or occupations of individuals known or believed by the Debtor, to have knowledge concerning the factual basis for the Debtor's assertion of privilege with regard to the document.

## TIME LIMITATION

This request, in the form of a Notice of Rule 2004 Examination is a continuing one and if, after producing documents, should Debtor obtain or become aware of any further documents responsive to this request, it is requested that the undersigned attorney be contacted immediately and that Deponent produce such further documents at the offices of Rappaport Osborne Rappaport & Kiem, PL, 1300 N. Federal Highway, Suite 203, Boca Raton, FL 33432.

I HEREBY CERTIFY that a true copy of the foregoing was served electronically where available or by regular mail to all those enumerated herein below this 16th day of September, 2016.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).


RAPPAPORT OSBORNE RAPPAPORT & KIEM, PL
Attorneys for Trustee
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone:  (561) 368-2200

BY:_____/s/_____
       LES S OSBORNE, ESQ.
       FL Bar No. 0823139


SERVICE LIST

- Alvin S. Goldstein    agoldstein@furrcohen.com, atty_furrcohen@bluestylus.com; mortman@furrcohen.com
- David L. Merrill    dlmerrill@merrillpa.com, ecf@merrillpa.com; zcastro@merrillpa.com; ecfmerrillpa@gmail.com; dmaharrey@merrillpa.com; mkargoll@merrillpa.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Damaris D Rosich-Schwartz    Damaris.D.Rosich-Schwartz@usdoj.gov
- Richard Busch  rbusch@kingballow.com; ssweigart@KingBallow.com

- South Palm Reporting  southpalmreporting@yahoo.com

Richard S. Busch
315 Union St #1100
Nashville, TN 37201

Brett D. Marks
350 E Las Olas Ave #1600
Ft Lauderdale, FL 33301

Herman Moskowitz
3850 Hollywood Blvd, #204
Hollywood, FL 33021

## EXHIBIT A

## PRODUCING DOCUMENTS BY EMAIL OR FLASH DRIVE IS NOT PERMITTED

**Please note that unless otherwise specified, all documents sought are for the period dating 2 years prior to the petition date through to the present**

**A.      As to any and all corporations, partnerships, sole proprietorship, Limited Liability Company, or any other form of business entity in which you were or are an officer, director, partner or owner of 5 percent or more of the voting, or equity securities within the last 6 years and its subsidiaries (hereinafter "Corporation")**

1. Complete copies of U.S. corporate income tax returns;
2. All year-end financial statements;
3. All financial statements, whether prepared by the Corporation's staff or others on its behalf, which were issued to banks, other financial institutions, regulatory agencies or third parties;
4. All financial statements prepared internally or by the Corporation's staff or others on its behalf for use internally, or issued to banks, financial institutions, regulatory agencies, or third parties;
5. All settlement agreements entered into between the Corporation, its subsidiaries, its shareholders, and creditors settling disputes between the parties;
6. All pleadings involving pending actions involving the Corporation, its subsidiaries, or shareholder, whether as a plaintiff, defendant, or third party;
7. All documents threatening litigation which could name the Corporation, its subsidiaries, and shareholder, either as a Plaintiff, defendant, or third party;
8. All pending mediation or arbitration agreements;
9. All presently existing brokerage agreements entered into between the Corporation, its subsidiaries, or its shareholder to sell all or part of the Corporation's business or its assets;
10. All offers to purchase the Corporation, its subsidiaries, business or their assets;
11. Any written offers made by the Corporation's board of directors, its officers, its subsidiaries or shareholder, or on behalf of it to sell all or part of the business or its assets to another;
12. All filings with any regulatory agency overseeing the Corporation and/or its subsidiaries activities;
13. General ledgers;
14. Payroll tax forms Florida Form UCT-6;
15. Cash receipts books, which shall contain complete information to all the Corporation's bank accounts, whether maintained locally, in other parts of the United States, or anywhere else in the world, whether in the Corporations name or standing in the name of another to which the Corporation has access to deposit funds, make withdrawals, or some other interest;

16. Cash disbursements book, which shall contain complete information to all the Corporation's bank accounts, whether maintained locally, in other parts of the United States, or anywhere else in the world, whether in the Corporations name or standing in the name of another to which the Corporation has access to deposit funds, make withdrawals, or has some other interest;

17. Bank statements, cancelled checks, debit memorandum, credit memorandum, wire transfers, deposit slips, for all checking accounts maintained by the Corporation and/or its subsidiaries or in the name of another in which they have an interest, maintained locally, in other parts of the United States, or located anywhere else in the world;

18. Copies of all other monetary accounts including but not limited to: savings accounts, certificates of deposit, money market accounts, or any other monetary instrument not requested above, standing in the Corporation or its subsidiaries name or in the name of another in which the Corporation or its subsidiaries has an interest, located anywhere in the world;

19. Copies of all brokerage accounts standing in the Corporation or its subsidiaries name or in the name of another in which the Corporation or its subsidiaries has an interest, located anywhere in the world;

20. Most recent Aged schedule of accounts receivable;

21. The latest property and equipment schedule;

22. Appraisals for any tangible personal property or real property owned by the Corporation or its subsidiaries;

23. Aged schedules of account payables;

24. A detailed schedule of notes payable with copies of the notes and loan agreements that relate to them;

25. A schedule of shareholders notes payable or loan payable with the underlying supporting documents;

26. Minute book, stock book, stock transfer ledgers for the Corporation and/or its subsidiaries;

27. All executory contracts presently in force to which the Corporation and/or its subsidiaries is a party to;

28. All insurance policies to which the Corporation and/or its subsidiaries are the insured, to include but not limited to:
    a) Life insurance
    b) Merchants policy
    c) Automobile policy
    d) Key man policy
    e) Professional liability
    f) Any document requesting a change in coverage or riders or endorsements, to date;

29. Employment agreements or contracts with any person or entity to which the Corporation, its subsidiaries, or shareholder is a party;

30. All stock option agreements;

31. Any retirement, pension, or profit sharing plans to which the Corporation, its subsidiaries, its shareholder, or other are party to;

32. Contracts for any safe deposit box to which the Corporation or its subsidiaries is a party;

33. Deeds for real property to which the Corporation, its subsidiaries or shareholder has an interest in or has had an interest;

34. Titles or registration statements for motor vehicles, aircraft, boats, golf carts, or any such other vehicle in which the Corporation or its subsidiaries has an interest;

35. All closing documents and transfer documents for any of the Corporation's personal or real property sold;

36. Internal revenue audit reports and related correspondence;

37. All personal guarantees extended by the shareholder on behalf of the Corporation and its subsidiaries.

38. Any and all documentation requested by Mr. Busch at the prior 2004 Examination.

39. Any and all documentation evidencing transfer of, or value of, boat referenced on the bankruptcy Schedules, including any payments thereon.

40. Any and all contracts, leases, etc. between the Debtor and 1) David Watson, 2) Mark Watson and 3) any business entity in which David or Mark Watson had an interest.

## B: As to Deponent(s) individually

1. A complete copy of all US individual Income Tax Returns;

2. A complete copy of all personal financial statements or loan applications prepared by you or others on your behalf, whether for personal use, or issued to banks, other financial institutions, credit card issuers or third parties;

3. All bank account statements, cancelled checks, etc. standing in your name, or jointly with another, or in the name of another, to which you may make deposits and take withdrawals, located anywhere in the world;

4. All other monetary accounts standing in your name, jointly with another, or in the name of another, to which you have access to include: savings account, certificates of deposits, or other monetary instruments, located anywhere in the world;

5. All brokerage statements standing in your name, jointly with another, or in the name of another in which you have an interest, located anywhere in the world;

6. All insurance policies presently in force, including but not limited to the following;
   a. Life insurance, to include cash value or borrowings;
   b. Homeowner policies to include scheduled items;
   c. Automobile policies;
   d. Umbrella policies;
   e. Disability/income policies;
   f. Any insurance policy in which you have an interest of any nature, not identified above;
   g. Any document requesting a change in coverage for the above listed policies;

7.  Titles to all real property owned by you, or jointly with another, or in the name of another in which you may have an interest, located anywhere in the world;

8.  Titles or registrations for motor vehicles, aircraft, motorcycles, boats, golf carts, or any other such vehicle, whether titled to you individually, jointly, or in the name of another in which you may have an interest, located anywhere in the world;

9.  Copies of all trust documents in which you were the grantor or in which you may have some beneficial interest;

10. Copies of all gift tax returns, IRS Form 706, which you may have filed or caused to be filed on your behalf, for any calendar year since 2008;

11. All current promissory notes to which you are the maker;

12. All current loan documents in which you are the obligor;

13. A schedule of contingent assets that may exist as of the present date giving full particulars;

14. A schedule of contingent liabilities to which you may be exposed to as of the present date giving full particulars;

15. All employment agreements to which you are party or in which you have been a party;

16. All documents recording loans or notes receivable that are due to you as of the current date;

17. All mortgages and mortgage notes to which you are a mortgagee, as of the current date;

18. All documents evidencing transfer of real, intangible or personal property made by you to another that had a value in excess of $1,000;

19. All stock certificates, certificates of membership, in any entity, corporation, limited company, partnership, joint venture in which you have an interest at the present date;

20. Appraisals made of any real property or tangible personal property owned by you, jointly or with another in which you have an interest, located anywhere in the world;

21. Any judgments or recorded claims filed against you as of the present date;

22. Any and all Contracts for safe deposit boxes/vaults;

23. Internal Revenue Service audit reports and related correspondence;

24. Any retirement, pension, or profit sharing plans in which you are a party or have an interest in, including plan origination documents, statements evidence value, deposits and disbursements, and any documents evidencing the source of deposits.

25. Any and all documentation requested by Mr. Busch at the prior 2004 Examination.

26. Any and all documentation evidencing transfer of, or value of, boat referenced on the bankruptcy Schedules, including any payments thereon.

27. Any and all contracts, leases, etc. between the Debtor and 1) David Watson, 2) Mark Watson and 3) any business entity in which David or Mark Watson had an interest.