From: "Connis O. Brown" <cbrown@brownrobert.com>
Subject: **FW: DM Records**
Date: October 7, 2014 6:30:34 PM EDT
To: "Mark Watson" <mark@dmrecords.com>, "David Watson" <david@dmrecords.com>

From: Richard Busch [mailto:rbusch@kingballow.com]
Sent: Tuesday, October 07, 2014 6:01 PM
To: Connis O. Brown
Cc: Andrew W. Coffman
Subject: Re: DM Records

Connis:

You have advised that you represent DM and are authorized to negotiate and enter into the following agreement. Please review the terms below. If acceptable, I need David and Mark Watson to sign this email and return it to me via email. I will have Armen Boladian do the same.

I spoke with my clients. Alvertis Bell and Armen (collectively referred to herein as "Alvertis") agree not to garnish DM's share of the Android operating system license being finalized today relating to the Whoomp! master recording on the following terms: (1) the agreement not to garnish DM's share of this Android operating system license for the master recording of Whoomp! only relates to this one particular license and the potential second year renewal of this one license and does not in any way affect Alvertis's right to garnish any other revenue from any other source in the world, and is without prejudice to any right to do so, and DM will not cite this agreement on this one license in any matter in order to attempt to avoid any such garnishment relating to anything else; and (2) in exchange for Alvertis's agreement not to garnish DM's fee for the license of the Whoomp! Master on this one particular Android Operating system license, DM agrees to withdraw and not pursue any claim for attorneys' fees or sanctions of any kind in the involuntary bankruptcy proceeding initiated against DM and now the subject of an appeal.

If acceptable, please have David and Mark Watson sign this email acknowledging their agreement to the foregoing. I can have Armen countersign this email as well.

Richard

Sent from my iPad

On Oct 7, 2014, at 5:07 PM, "Connis O. Brown" <cbrown@brownrobert.com> wrote:

Richard, please let me know Armand's response to our discussion. Thanks.

Connis O. Brown, III
Brown Robert, LLP
150 North Federal Highway, Suite 200
Fort Lauderdale, FL 33301
Tel. 954.832.9400
Fax. 954.832.9430
cbrown@brownrobert.com
www.brownrobert.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *