From: Mark Watson <mark@dmrecords.com>
Subject: **DM's responce**
Date: August 26, 2016 5:16:38 PM EDT
To: Les Osborne <les@rorlawfirm.com>, LuAnn Taliento <luann@rorlawfirm.com>
Cc: David Watson <david@dmrecords.com>, David Lloyd Merrill <dlmerrill@merrillpa.com>, Herman Moskowitz <herman@hmoskowitzcpa.com>
1 Attachment, 159 KB

Dear Les:

I read your most recent filing, *Motion to Convert*. I am disappointed and upset that your motion contains so many inaccurate, mischaracterized and completely untrue statements. First, Kingfish Music Group, Inc. did receive a large management fee in December, 2014. As stated at my deposition (which you attended), that was a signed settlement which Busch agreed to give us our fee (the deal Google). I have attached the signed email for your review. Also, in 2015 David and I did not receive salaries. We were compensated with management fees and royalties which were mainly used to pay the IRS. With respect to your statement that we opened additional companies to "divert business opportunities of DM" that is not true. Watson Music Group releases music for babies, DM has never been involved in that genre. Please visit the website: http://www.watsonmusicgroup.com/ Your motion states that the cash sales are only $132K, but DM's total sales are $293K and you state that DM's Net Profit is only $29K ($3,300. per month), but in reality DM has had a Net Profit of over $200K in 9 months (was this a typo in your brief?). I am also concerned with your statement that the "bulk of funds placed beyond the reach of creditors". DM only maintained one bank account of 23 years. DM never transfered any copyrights outside the company since the Bell judgment. Also disturbing, you state that somehow we made a "transfer of valuable estate rights" by entering a non-exclusive rep deal with the band for new business that never happened. The most concerning statement in your motion is at the end which states, "...all other creditors would be paid 100 cents on the dollar and **the remaining assets upon liquidation would go to Isbell**." Is this true? What about DM's equity? It does not seem fair that Bell would get over $7M in assets. Your *Motion to Convert* was filed before DM's deadline on it's most recent Settlement Offer. I do not know how we can work out a settlement when you have already stated that Bell will get everything!

One last item; the boat. I have copied our CPA of 24 years on this email. Although the boat was not owned by DM since 2001 and was not purchased within 90 days of filing, the error with the MOR will be corrected ASAP.

I hope that after reviewing the above, you will withdrawal your *Motion to Convert*.

Sincerely,

Mark Watson

---

From: "Connis O. Brown" <cbrown@brownrobert.com>
Subject: **FW: DM Records**
Date: October 7, 2014 6:30:34 PM EDT
To: "'Mark Watson'" <mark@dmrecords.com>, "'David Watson'" <david@dmrecords.com>

**From:** Richard Busch [mailto:rbusch@kingballow.com]
**Sent:** Tuesday, October 07, 2014 6:01 PM
**To:** Connis O. Brown
**Cc:** Andrew W. Coffman
**Subject:** Re: DM Records

Connis:

You have advised that you represent DM and are authorized to negotiate and enter into the following agreement. Please review the terms below. If acceptable, I need David and Mark Watson to sign this email and return it to me via email. I will have Armen Boladian do the same.

I spoke with my clients. Alvertis Bell and Armen (collectively referred to herein as "Alvertis") agree not to garnish DM's share of the Android operating system license being finalized today relating to the Whoomp! master recording on the following terms: (1) the agreement not to garnish DM's share of this Android operating system license for the master recording of Whoomp! only relates to this one particular license and the potential second year renewal of this one license and does not in any way affect Alvertis's right to garnish any other revenue from any other source in the world, and is without prejudice to any right to do so, and DM will not cite this agreement on this one license in any matter in order to attempt to avoid any such garnishment relating to anything else; and (2) in exchange for Alvertis's agreement not to garnish DM's fee for the license of the Whoomp! Master on this one particular Android Operating system license, DM agrees to withdraw and not pursue any claim for attorneys' fees or sanctions of any kind in the involuntary bankruptcy proceeding initiated against DM and now the subject of an appeal.

If acceptable, please have David and Mark Watson sign this email acknowledging their agreement to the foregoing. I can have Armen counter-sign this email as well.

Richard

Sent from my iPad

On Oct 7, 2014, at 5:07 PM, "Connis O. Brown" <cbrown@brownrobert.com> wrote:

Richard, please let me know Armand's response to our discussion. Thanks.

Connis O. Brown, III
Brown Robert, LLP
150 North Federal Highway, Suite 200
Fort Lauderdale, FL 33301
Tel. 954.832.9400
Fax. 954.832.9430
cbrown@brownrobert.com
www.brownrobert.com

•••••••••••••••••••••••••••••••••••••••••

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

............................................

Mark Watson
President,
DM Records, Inc.
265 South Federal Highway, #352
Deerfield Beach, FL 33441
Phone:  561-251-6244
mark@dmrecords.com