**From:** Mark Watson <mark@dmrecords.com>
**Subject:** **Return of DM drive**
**Date:** June 28, 2016 12:36:16 PM EDT
**To:** Les Osborne <les@rorlawfirm.com>
**Cc:** David Watson <david@dmrecords.com>, David Lloyd Merrill <dlmerrill@merrillpa.com>

Dear Les:

The first disc drive that we delivered to Alvin needs to come back in your possession.  There are 25 thousand proprietary files on that drive that are property of the estate.  I have asked the creditor to return the drive but no one replied.  Could you please have them send it to you?  We do not want these digital assets of the estate to get into the wrong hands.

Also, could you let the creditor know that they can pick the person to review the drive. (They would not approve anyone we would pick.)

Thanks.

Sincerely,

Mark
Mark Watson
President,
DM Records, Inc.
265 South Federal Highway, #352
Deerfield Beach, FL 33441
Phone:  561-251-6244
mark@dmrecords.com