**From:** Mark Watson <mark@dmrecords.com>
**Subject:** **Re: Spotify Claim**
**Date:** September 15, 2016 12:16:14 PM EDT
**To:** "Les Osborne" <les@rorlawfirm.com>
**Cc:** "'Connis O. Brown'" <cbrown@brownrobert.com>, "'David Watson'" <david@dmrecords.com>, "'David Lloyd Merrill'" <dlmerrill@merrillpa.com>

Les:

I am not changing my sworn testimony nor claims of ownership.  If you review our original petition, we stated that there are certain publishing rights held by DM but owned by us (Mark and David).  I will provide you with a list of compositions that are not property of DM.

Sincerely,

Mark

On Sep 15, 2016, at 11:36 AM, Les Osborne wrote:

> So if I understand this correctly, you are seeking to change your sworn
> testimony as to ownership. Not happening. I am not listing you as
> co-plaintiffs because I do not agree with your changing claims of ownership.
> I suggest we set up a meeting with david M and we can discuss purchases that
> you want to make.
>
> Les Osborne
> Rappaport Osborne Rappaport & Kiem, PL
> 1300 N. Federal Hwy
> #203
> Boca Raton, Fl 33432
> 561-368-2200
> les@rorlawfirm.com
>
> -----Original Message-----
> From: Mark Watson [mailto:mark@dmrecords.com]
> Sent: Wednesday, September 07, 2016 12:00 PM
> To: Les Osborne <les@rorlawfirm.com>; Connis O. Brown
> <cbrown@brownrobert.com>
> Cc: David Watson <david@dmrecords.com>; David Lloyd Merrill
> <dlmerrill@merrillpa.com>
> Subject: Spotify Claim
>
> Dear Les:
>
> I have attached the original copyright certificates to the works that David
> and I co-authored.  Please note that the compositions are not "works for
> hire".  We never transfered the writer's and publisher's
> shares to DM Records, Inc.  The compositions are not property of DM.
> I have researched the claims with respect to Spotify and have found that 158
> compositions involved in that matter are not owned by DM.  DM does have
> ownership to about 160 compositions on Spotify.  DM also owns the masters.
>
> I saw on Pacer that you are going forward with retaining Connis.  Can David
> and I be co-plaintiffs on the Spotify case?  If not, how much would you sell
> the DM Spotify claim to us for (excluding the 40 KMN songs)?
>
> Looking forward to your reply.
>
> Thank you.
>
> Sincerely,
>
> Mark

Mark Watson
President,
DM Records, Inc.
265 South Federal Highway, #352
Deerfield Beach, FL 33441
Phone:  561-251-6244
mark@dmrecords.com