August 27, 2015

To Whom It May Concern:

Please find this letter as my request and authorization that, until further written notice, I've granted all administration rights, including registration, licensing and collection rights, exclusively to Bridgeport Music Inc., worldwide, relative to the compositions contained on the attached Schedule A.

All accountings, statements, correspondence and payment in respect of the Compositions (whether such monies arose prior to or subsequent to the date hereof) should be made directly to and in the name of Bridgeport Music Inc. at the address of 18500 W. 10 Mile Road, Southfield, MI  48075.

Sincerely,

Alvertis Isbell
President
Alvert Music Inc.
6929 JFK Blvd.
Suite 20-323
North Little Rock, AR  72116