

## Search Incorporations, Cooperatives, Banks and Insurance Companies

Printer Friendly Version

LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | ALVERT MUSIC, INC. |
| Fictitious Names | |
| Filing # | 100205934 |
| Filing Type | For Profit Corporation |
| Filed under Act | Dom Bus Corp; 958 of 1987 |
| Status | Revoked |
| Principal Address | |
| Reg. Agent | ALVERTIS ISBELL |
| Agent Address | 5508 BELLE POINT ROAD |
| | NORTH LITTLE ROCK, AR 72116 |
| Date Filed | 11/15/2001 |
| Officers | SEE FILE, Incorporator/Organizer |
| | ALVERTIS ISBELL , President |
| | ALVERTIS ISBELL , Secretary |
| | ALVERTIS ISBELL , Vice-President |
| | ALVERTIS ISBELL , Treasurer |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

**Pay Franchise Tax for this corporation**