**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In Re:                                                     Case No.: 15-30368-RBR
                                                           Chapter 7
DM Records, Inc.,

    Debtor.
_____/

## TRUSTEE'S AGREED MOTION FOR TURNOVER

COMES NOW the Trustee, Leslie S. Osborne, and hereby files this Agreed Motion for Turnover with Mark Watson, co-principal of the Debtor, DM Records, Inc., and would state as follows:

1.     The Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code on November 19, 2015.

2.     Prior to the filing of the bankruptcy, Mark Watson purchased a boat belonging to the Debtor.

3.     The Trustee and the Debtor have agreed that Mark Watson will turn over the remaining purchase price of $20,000 ("Settlement Amount") to the bankruptcy estate as follows:  1 payment of $20,000 within 90 days of the date of this court's order approving this Motion.  The Trustee is waiving any bank fees.

4.     If the Debtor fails to make payments timely, bank fees may be charged.  In addition, Debtor agrees to pay charges for reasonable attorney's fees and costs if collection activities become necessary.

5.     In the event of a default, which is not cured within 48 hours of notice thereof to counsel for Mark Watson, the Trustee shall be entitled to a judgment in the amount of

$20,000. Mark Watson shall waive any defense thereto, other than payment.

**WHEREFORE**, the Trustee, Leslie S. Osborne, hereby requests this Court to enter an order requiring Mark Watson to turn over the Settlement Amount of $20,000 to the Trustee for the benefit of creditors.

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Agreed Motion for Turnover was sent via electronic and/or U.S. Mail on this January 9, 2017 to all interested parties listed below.

*I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

Leslie S. Osborne, Trustee
1300 N. Federal Hwy #203
Boca Raton, FL 33432
Tel: (561) 368-2200
Fax: (561) 338-0350


_____/s/_____
Leslie S. Osborne
Florida Bar No.: 0823139


**SERVICE LIST**:

- Alvin S. Goldstein     agoldstein@furrcohen.com, atty_furrcohen@bluestylus.com; mortman@furrcohen.com

- Tarek K Kiem     office@rorlawfirm.com, tarek@kennethrappaportlawoffice.com; tarek.kiem@gmail.com

- David B Marks     brett.marks@akerman.com, charlene.cerda@akerman.com

- David L. Merrill     dlmerrill@merrillpa.com, ecf@merrillpa.com; zcastro@merrillpa.com; ecfmerrillpa@gmail.com; dmaharrey@merrillpa.com; mkargoll@merrillpa.com

- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov

- Damaris D Rosich-Schwartz    Damaris.D.Rosich-Schwartz@usdoj.gov

Connis O Brown
150 N Federal Highway #200
Ft Lauderdale, FL 33301

Richard S. Busch
315 Union St #1100
Nashville, TN 37201

Brett D. Marks
350 E Las Olas Ave #1600
Ft Lauderdale, FL 33301

Herman Moskowitz
3850 Hollywood Blvd, #204
Hollywood, FL 33021

Warren R. Trazenfeld
2665 S Bayshore Drive, Suite 700
Miami, FL 33133