Case 15-30368-RBR Doc 381 Filed 05/15/18 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-cv-62587-BLOOM/Valle**

DAVID WATSON and
MARK WATSON,

      Appellants.

v.

LESLIE OSBORNE,

      Appellee.

_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On August 29, 2017, this Court administratively closed the above-styled pending approval of a Settlement Agreement which would resolve the underlying issues in this case. ECF No. [29]. The Court instructed Appellants to file their brief by September 27, 2017 if the Settlement Agreement was not approved. On October 2, 2017, the Court ordered the parties to file a stipulation of dismissal or show cause by October 6, 2017, noting that Appellants had not filed their brief, nor had they asked for an extension of time by which to do so. ECF No. [30] ("Order"). The Court further informed the parties that failure to comply with the Order may result in dismissal of the above-style without prejudice and without further notice. To date, the parties have not complied with the Order nor requested an extension of time by which to do so. Accordingly it is

**ORDERED AND ADJUDGED** that the above-styled is **DISMISSED.** The Clerk of the Court is instructed to **CLOSE** the case, and to the extent not otherwise disposed of, all pending motions are **DENIED** as moot.

Case No. 16-cv-62587-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida this 10th day of October, 2017.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:  Counsel of Record

2