**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-30368-RBR |
| | § | |
| DM Records, Inc. | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 11/19/2015. The case was converted to one under Chapter 7 on 10/14/2016. The undersigned trustee was appointed on 10/14/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                              $491,965.37

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $232,645.76 |
| Bank service fees | $7,284.88 |
| Other Payments to creditors | $40,937.96 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $211,096.77 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/27/2017 and the deadline for filing government claims was 05/17/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $25,801.37. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $25,801.37, **less $325.00 voluntary reduction**, for a total compensation of $25,476.37[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $286.34, for total expenses of $286.34.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/16/2018                    By:    /s/ Leslie S. Osborne
                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1          Exhibit A

| Case No.: | 15-30368-RBR | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | DM RECORDS, INC. | Date Filed (f) or Converted (c): | 10/14/2016 (c) |
| For the Period Ending: | 7/16/2018 | §341(a) Meeting Date: | 11/29/2016 |
| | | Claims Bar Date: | 02/27/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | TD Business Simple Checking Account # 5679 | $15,981.50 | $15,981.50 | | $0.00 | FA |
| **Asset Notes:** | account closed, rolled into DIP as part of Chapter 11, and remainder of account turned over to trustee- see asset 18 | | | | | |
| 2 | Bank of America Business Checking Account # 7036 | $2,311.72 | $2,311.72 | | $0.00 | FA |
| **Asset Notes:** | account closed, rolled into DIP as part of Chapter 11, and remainder of account turned over to trustee- see asset 18 | | | | | |
| 3 | Tag Team Music c/o Cecil Glenn 4301 Pine Heights Dr. Atlanta, GA 30324 | $494,747.00 | $494,747.00 | | $0.00 | FA |
| **Asset Notes:** | recoupment claim | | | | | |
| 4 | Leo Burnett Company Ltd. 175 Bloor Street East North Tower Toronto ON M4W 3R9 | $12,500.00 | $12,500.00 | | $0.00 | FA |
| 5 | Itunes (Apple) 1 Infinite Loop Cupertino, CA 95014 | $14,314.84 | $14,314.84 | | $42,807.99 | FA |
| **Asset Notes:** | original A/R fully administered. there are continuing A/R developed as ITunes uses music in Dm's catalogue | | | | | |
| 6 | Open Copyright Infringment matters in various stages of collections | $2,000,000.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** | no pending actions or suits filed | | | | | |
| 7 | Trademark- Dazzey Duks Serial # 78151278 | Unknown | $0.00 | | $0.00 | FA |
| 8 | Trademark- Duice Serial # 78100887 | Unknown | $0.00 | | $0.00 | FA |
| 9 | Trademark- Bellmark Records Serial # 77563187 | Unknown | $0.00 | | $0.00 | FA |
| 10 | Trademark- DM Records Serial # 74478928 | Unknown | $0.00 | | $0.00 | FA |
| 11 | Trademark- Bass 305 Serial # 78579563 | Unknown | $0.00 | | $0.00 | FA |
| 12 | Trademark- WHOOMP! (THERE IT IS) Serial # 78800711 (amended) | $1,700,000.00 | $0.00 | | $0.00 | FA |
| 13 | 555 Copyrights (amended) | $600,000.00 | $600,000.00 | | $0.00 | FA |
| 14 | Mechanical License | Unknown | $0.00 | | $0.00 | FA |
| 15 | customer list | Unknown | $0.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:     2          Exhibit A

| Case No.: | 15-30368-RBR | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | DM RECORDS, INC. | Date Filed (f) or Converted (c): | 10/14/2016 (c) |
| For the Period Ending: | 7/16/2018 | §341(a) Meeting Date: | 11/29/2016 |
| | | Claims Bar Date: | 02/27/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | office equipment- fax machine ($10), office furniture- 3 desks, chairs, file cabinets ($500), DAT tapes- misc. DAT master tapes ($50), CD's- CD's of catalog ($500), video tapes- videos of music videos ($200), Computers-lap top, apple tower, monitor ($200), Cables- misc. wiring, cables, etc. ($300), misc. etc | $1,760.00 | $1,760.00 | OA | $0.00 | FA |
| 17 | Roland / GK 3- Divided pickup for guitar ($100), Roland / GI20-GK-Midi interface for guitar ($75), Yamaha / HS50M- 2-way active studio monitor (pair) ($200), M Audio / Keystation 61 es- 61 key semi- weighted keyboard controller ($75), Avantone / Mixcubes- One pair of "Limited Edition Insignia Series" active studio monitors ($200), Roland / SDE-330- ROLAND SDE-330 DELAY ($75), Yamaha / FG-411CE BL- 6-string acoustic guitar, black, cutaway ($100), Fender / Champ- Fender Champ 25 guitar amp ($100), Fender Bass- Fender Precision Bass ($150), Tascam DA 30 dat- Tascam DA 30 dat recorder ($50), EV sentry 100a speakers- EV sentry 100a Speakers pair ($150), Yamaha SBG500 - Yamaha SBG500 Electric guitar ($100), PreSonus- bluetube pre-amp ($75), Tube MP- pre-amp ($75), TC Electronics- D-TWO ($100), ProTools- Digi 001 ($50), Alesis- 3 ADAT recorders with BRC ($300), misc. studio gear- power amps, cass. machine, etc. ($400) | $2,375.00 | $2,375.00 | OA | $0.00 | FA |
| **Asset Notes:** | auctioneer hired- auction expected in May 2017 | | | | | |
| 18 | Cash in Bank ($2.67 xxx8069; $313,905.87 xxx8093) **(u)** | $0.00 | $313,908.54 | | $313,908.54 | FA |
| 19 | Orchard Enterprises A/R **(u)** | $0.00 | Unknown | | $84,632.55 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    3        Exhibit A

| Case No.: | 15-30368-RBR | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | DM RECORDS, INC. | Date Filed (f) or Converted (c): | 10/14/2016 (c) |
| For the Period Ending: | 7/16/2018 | §341(a) Meeting Date: | 11/29/2016 |
| | | Claims Bar Date: | 02/27/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |
| 20 | A/R | $0.00 | $0.00 | | $30,590.84 | FA |
| 21 | tax refund (u) | $0.00 | $25.45 | | $25.45 | FA |
| 22 | possible malpractice claim v. Debtors former counsel Hall Booth et al (amended) (u) | $1,500,000.00 | Unknown | OA | $0.00 | FA |
| 23 | possible copyright claim v. Marvel | $0.00 | Unknown | | $0.00 | FA |
| 24 | possible copyright claim v. soundcloud | $0.00 | Unknown | | $0.00 | FA |
| 25 | Preference/Fraudulent Transfer (u) | $0.00 | $20,000.00 | | $20,000.00 | FA |
| | **Asset Notes:**    claim v. Mark Watson re Boat transfer- court order of turnover obtained ecf 308, 1/12/17 | | | | | |
| 26 | Patents/copyright: Song - The Most Beautiful Girl in the World (Prince) (amended) (u) | $500,000.00 | $500,000.00 | | $0.00 | FA |
| 27 | Infringement Claim against Spotify (u) | $600,000.00 | $600,000.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

$7,443,990.06        $2,577,924.05            $491,965.37                $0.00

**Major Activities affecting case closing:**

06/13/2018        all claims issues resolved

tax returns filed

**Initial Projected Date Of Final Report (TFR):**    04/30/2018        **Current Projected Date Of Final Report (TFR):**    05/31/2018        /s/ LESLIE S. OSBORNE

LESLIE S. OSBORNE

Page No: 1          Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-30368-RBR | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | DM RECORDS, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7044 | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/19/2015 | Blanket bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 7/16/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2016 | (18) | TD Bank | funds on hand in prior ch 11 case | 1229-000 | $313,908.54 | | $313,908.54 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $490.21 | $313,418.33 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $505.76 | $312,912.57 |
| 01/06/2017 | 3001 | RAPPAPORT OSBORNE RAPPAPORT, P.L. | ECF 300 (1/6/17) compensation order | * | | $108,246.67 | $204,665.90 |
| | | | $(103,760.00) | 6110-000 | | | $204,665.90 |
| | | | $(4,486.67) | 6120-000 | | | $204,665.90 |
| 01/06/2017 | 3002 | Brett Marks, Akerman LLP | ECF 298 (1/5/17) compensation order | * | | $13,180.32 | $191,485.58 |
| | | | $(11,694.00) | 6210-000 | | | $191,485.58 |
| | | | $(1,486.32) | 6220-000 | | | $191,485.58 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $366.57 | $191,119.01 |
| 02/06/2017 | (19) | Orchard Enterprises | A/R | 1221-000 | $6,796.29 | | $197,915.30 |
| 02/08/2017 | 3003 | Safeguard Self Storage | ECF 312 (02/03/17) | 2410-000 | | $3,000.92 | $194,914.38 |
| 02/28/2017 | (19) | Orchard/Green Bank ACH IN | A/R | 1221-000 | $4,663.58 | | $199,577.96 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $288.21 | $199,289.75 |
| 03/01/2017 | (5) | Apple/Green Bank ACH | Apple Music A/R | 1121-000 | $23,418.11 | | $222,707.86 |
| 03/10/2017 | (20) | Broadcast Music | A/R | 1121-000 | $581.16 | | $223,289.02 |
| 03/10/2017 | (20) | Music Reports | a/r | 1121-000 | $66.00 | | $223,355.02 |
| 03/10/2017 | (20) | Music Reports | a/r | 1121-000 | $149.04 | | $223,504.06 |
| 03/10/2017 | (20) | Soundexchange | a/r | 1121-000 | $3,713.09 | | $227,217.15 |
| 03/10/2017 | (20) | CMRRA | A/R | 1121-000 | $59.23 | | $227,276.38 |
| 03/10/2017 | (20) | CMRRA | A/R | 1121-000 | $23.54 | | $227,299.92 |
| 03/10/2017 | (20) | Harmonix | a/r | 1121-000 | $85.70 | | $227,385.62 |
| 03/10/2017 | (20) | Music Reports | a/r | 1121-000 | $172.91 | | $227,558.53 |
| 03/10/2017 | (20) | Music Reports | a/r | 1121-000 | $50.89 | | $227,609.42 |
| 03/10/2017 | (20) | CMRRA | A/R | 1121-000 | $12.93 | | $227,622.35 |
| 03/10/2017 | (20) | CMRRA | A/R | 1121-000 | $49.43 | | $227,671.78 |
| 03/10/2017 | (21) | U.S. TREASURY | tax refund | 1224-000 | $25.45 | | $227,697.23 |

|  |  | **SUBTOTALS** | $353,775.89 | $126,078.66 |
|---|---|---|---|---|

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2          Exhibit B

| Case No. | 15-30368-RBR | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | DM RECORDS, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7044 | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/19/2015 | Blanket bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 7/16/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/30/2017 | (20) | Apple/Green Bank | A/R | 1121-000 | $5,632.34 | | $233,329.57 |
| 03/31/2017 | (20) | Orchard Enterprises | A/R | 1121-000 | $5,338.00 | | $238,667.57 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $399.61 | $238,267.96 |
| 04/10/2017 | (19) | Orchard Enterprises | A/R - funds were ACH'd on 3/1/17 | 1180-000 | $5,079.57 | | $243,347.53 |
| 04/27/2017 | (5) | Apple Music | A/R | 1121-000 | $5,378.96 | | $248,726.49 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $357.21 | $248,369.28 |
| 05/02/2017 | (20) | ASAP Clearance | Royalties for Whoomp - Little Big Shots, Season 2 | 1121-000 | $9,000.00 | | $257,369.28 |
| 05/04/2017 | (19) | Orchard Enterprises | ACH credit was deposited into the account April 28, 2018. | 1221-000 | $5,423.59 | | $262,792.87 |
| 05/16/2017 | (19) | ORCHARD ENTERPRISES | A/R | 1221-000 | $6,657.98 | | $269,450.85 |
| 05/31/2017 | (5) | APPLE Itunes | a/r | 1121-000 | $6,190.87 | | $275,641.72 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $429.66 | $275,212.06 |
| 06/05/2017 | (19) | Orchard Enterprises | ACH wire in on 6/2 - notification 6/5 | 1221-000 | $5,879.49 | | $281,091.55 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $470.55 | $280,621.00 |
| 07/05/2017 | (19) | Orchard Records | ACH into GreenBank 6/30 - account will NOT be in reconciliation as ROR not back in office until 7/5 | 1221-000 | $5,524.55 | | $286,145.55 |
| 07/10/2017 | (20) | Apple Music | A/R | 1121-000 | $5,656.58 | | $291,802.13 |
| 07/26/2017 | (5) | Apple Inc. | A/R | 1121-000 | $5,653.04 | | $297,455.17 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $442.86 | $297,012.31 |
| 08/01/2017 | (19) | Orchard Enterprises | NOTE:  funds wired on 7/31.  notification to trustee was 8/1 -- reconciliation will NOT match. | 1221-000 | $5,836.55 | | $302,848.86 |
| 08/16/2017 | (19) | Orchard Enterprises | A/R | 1180-002 | $7,210.28 | | $310,059.14 |
| 08/29/2017 | (5) | Apple | a/r | 1180-002 | $707.04 | | $310,766.18 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $495.23 | $310,270.95 |
| 09/15/2017 | (19) | Orchard Enterprises | orchard enterprises A/R | 1180-002 | $6,580.62 | | $316,851.57 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $512.52 | $316,339.05 |
| 10/02/2017 | (19) | Orchard Enterprises | funds in bank on 09/29/2017; notified on 10/2 by green bank | 1180-002 | $6,630.91 | | $322,969.96 |

|  | | | **SUBTOTALS** | | $98,380.37 | $3,107.64 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-30368-RBR | | Trustee Name: | Leslie S. Osborne |
| Case Name: | DM RECORDS, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7044 | | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/19/2015 | | Blanket bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 7/16/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/02/2017 | (5) | Apple Inc | wire rec'd by green bank on 09/26/2017; notified trustee on 10/2 | 1180-002 | $588.35 | | $323,558.31 |
| 10/17/2017 | 3004 | Alvert Music | Doc 353, 09/28/17, paragraph I. wire from Orchard Enterprises | 7100-002 | | $7,210.28 | $316,348.03 |
| 10/17/2017 | 3005 | Alvert Music | Doc 353, 09/28/17, paragraph I. A/R from Apple | 7100-002 | | $707.04 | $315,640.99 |
| 10/17/2017 | 3006 | Alvert Music | Doc 353, 09/28/17, paragraph I. Orchard Enterprises wire | 7100-002 | | $6,580.62 | $309,060.37 |
| 10/17/2017 | 3007 | Alvert Music | Doc 353, 09/28/17, paragraph I. Orchard wire | 7100-002 | | $6,630.91 | $302,429.46 |
| 10/17/2017 | 3008 | Alvert Music | Doc 353, 09/28/17, paragraph I. Apple wire in | 7100-002 | | $588.35 | $301,841.11 |
| 10/27/2017 | 3009 | Akerman, LLP | ECF 366 (10/27/17) 1st interim | 3210-000 | | $56,349.00 | $245,492.11 |
| 10/27/2017 | 3010 | RAPPAPORT OSBORNE RAPPAPORT, PLLC | ECF 367 (10/27/17) 1st interim | * | | $51,868.85 | $193,623.26 |
| | | | $(50,000.00) | 3110-000 | | | $193,623.26 |
| | | | $(1,868.85) | 3120-000 | | | $193,623.26 |
| 10/31/2017 | (19) | Orchard Enterprises | Orchard Enterprises A/R | 1180-002 | $3,690.97 | | $197,314.23 |
| 10/31/2017 | (5) | Apple, Inc. | rec'd by Green Bank on 10/24 | 1180-002 | $105.90 | | $197,420.13 |
| 10/31/2017 | (25) | Watson Music Group | payment for boat/fraudulent xfer ECF#308 - 01/12/2017 | 1241-000 | $4,000.00 | | $201,420.13 |
| 10/31/2017 | (25) | David Watson | payment for boat/fraudulent xfer ECF#308 - 01/12/2017 | 1241-000 | $10,000.00 | | $211,420.13 |
| 10/31/2017 | (25) | Mark Watson | payment for boat/fraudulent xfer ECF#308 - 01/12/2017 | 1241-000 | $6,000.00 | | $217,420.13 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $493.52 | $216,926.61 |
| 11/20/2017 | (19) | Orchard Enterprises | wire hit bank 11/16/17 | 1180-002 | $9,492.04 | | $226,418.65 |
| 11/29/2017 | (5) | Apple, Inc. | Wire into Green Bank on 11/28/2017; notification on 11/29/2017 | 1180-002 | $338.02 | | $226,756.67 |
| 11/29/2017 | 3011 | Alvert Music | Doc 353, 09/28/17, paragraph I. Orchard wire in | 7100-002 | | $3,690.97 | $223,065.70 |
| 11/29/2017 | 3012 | Alvert Music | Doc 353, 09/28/17, paragraph I. Apple wire in | 7100-002 | | $105.90 | $222,959.80 |
| | | | **SUBTOTALS** | | $34,215.28 | $134,225.44 | |

Exhibit B

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 15-30368-RBR | |
| **Case Name:** | DM RECORDS, INC. | |
| **Primary Taxpayer ID #:** | **-***7044 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/19/2015 | |
| **For Period Ending:** | 7/16/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | Leslie S. Osborne |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******6801 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $73,967,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/29/2017 | 3013 | Alvert Music | Doc 353, 09/28/17, paragraph I. Orchard wire in | 7100-002 | | $9,492.04 | $213,467.76 |
| 11/29/2017 | 3014 | Alvert Music | Doc 353, 09/28/17, paragraph I. Apple wire in | 7100-002 | | $338.02 | $213,129.74 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $349.15 | $212,780.59 |
| 12/04/2017 | (19) | Orchard Enterprises | funds hit green bank on 12/1/17 | 1180-002 | $2,698.19 | | $215,478.78 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $352.38 | $215,126.40 |
| 01/03/2018 | (19) | green bank (for Orchard Enterprises) | Wire rec'd 1/2/18 by green bank A/R | 1180-002 | $2,467.94 | | $217,594.34 |
| 01/09/2018 | (5) | Apple | wire rec'd by Green Bank 12/18/17 | 1180-002 | $69.01 | | $217,663.35 |
| 01/18/2018 | 3015 | Alvert Music | Doc 353, 09/28/17, paragraph I. Orchard wire in | 7100-002 | | $2,698.19 | $214,965.16 |
| 01/18/2018 | 3016 | Alvert Music | Doc 353, 09/28/17, paragraph I. Orchard wire in | 7100-002 | | $2,467.94 | $212,497.22 |
| 01/18/2018 | 3017 | Alvert Music | Doc 353, 09/28/17, paragraph I. Apple wire in | 7100-002 | | $69.01 | $212,428.21 |
| 01/29/2018 | (5) | Apple Inc | A/R | 1180-002 | $297.62 | | $212,725.83 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $349.47 | $212,376.36 |
| 02/28/2018 | (5) | Apple, Inc. | wire transfer in Accts Receivable | 1180-002 | $61.07 | | $212,437.43 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $309.55 | $212,127.88 |
| 03/23/2018 | 3018 | Alvert Music | Doc 353, 09/28/17, paragraph I. Apple wire in | 7100-002 | | $297.62 | $211,830.26 |
| 03/23/2018 | 3019 | Alvert Music | Doc 353, 09/28/17, paragraph I. Apple wire in | 7100-002 | | $61.07 | $211,769.19 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $353.27 | $211,415.92 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $319.15 | $211,096.77 |

| | | | | **SUBTOTALS** | $5,593.83 | $17,456.86 | |

Exhibit B

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 15-30368-RBR | |
| **Case Name:** | DM RECORDS, INC. | |
| **Primary Taxpayer ID #:** | **-***7044 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/19/2015 | |
| **For Period Ending:** | 7/16/2018 | |

| | |
|---|---|
| **Trustee Name:** | Leslie S. Osborne |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******6801 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $73,967,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $491,965.37 | $280,868.60 | $211,096.77 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $491,965.37 | $280,868.60 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $491,965.37 | $280,868.60 | |

**For the period of 11/19/2015 to 7/16/2018**

| | |
|---|---|
| Total Compensable Receipts: | $451,027.41 |
| Total Non-Compensable Receipts: | $40,937.96 |
| Total Comp/Non Comp Receipts: | $491,965.37 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $239,930.64 |
| Total Non-Compensable Disbursements: | $40,937.96 |
| Total Comp/Non Comp Disbursements: | $280,868.60 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/31/2016 to 7/16/2018**

| | |
|---|---|
| Total Compensable Receipts: | $451,027.41 |
| Total Non-Compensable Receipts: | $40,937.96 |
| Total Comp/Non Comp Receipts: | $491,965.37 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $239,930.64 |
| Total Non-Compensable Disbursements: | $40,937.96 |
| Total Comp/Non Comp Disbursements: | $280,868.60 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 6   Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-30368-RBR | | Trustee Name: | Leslie S. Osborne |
| Case Name: | DM RECORDS, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7044 | | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/19/2015 | | Blanket bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 7/16/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $491,965.37 | $280,868.60 | $211,096.77 |

**For the period of 11/19/2015 to 7/16/2018**

| | |
|---|---|
| Total Compensable Receipts: | $451,027.41 |
| Total Non-Compensable Receipts: | $40,937.96 |
| Total Comp/Non Comp Receipts: | $491,965.37 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $239,930.64 |
| Total Non-Compensable Disbursements: | $40,937.96 |
| Total Comp/Non Comp Disbursements: | $280,868.60 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/14/2016 to 7/16/2018**

| | |
|---|---|
| Total Compensable Receipts: | $451,027.41 |
| Total Non-Compensable Receipts: | $40,937.96 |
| Total Comp/Non Comp Receipts: | $491,965.37 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $239,930.64 |
| Total Non-Compensable Disbursements: | $40,937.96 |
| Total Comp/Non Comp Disbursements: | $280,868.60 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ LESLIE S. OSBORNE

LESLIE S. OSBORNE

Exhibit C

| Case No. | 15-30368-RBR | | | | | | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|---|---|---|---|---|
| Case Name: | DM RECORDS, INC. | | | | | | | Date: 7/16/2018 |

Claims Bar Date: 02/27/2017

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | U.S. TRUSTEE PAYMENT CENTER<br><br>POB 530202<br>Atlanta GA 30353202 | U.S. Trustee Quarterly Fees | Allowed | 2950-000 | $975.00 | $0.00 | $0.00 | $0.00 | $975.00 |
| | AKERMAN, LLP<br><br><br>ATTN: Brett Marks<br>Las Olas Centre II, Suite 1600<br>350 E Las Olas Blvd.<br>Ft. Lauderdale FL 33301 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $67,714.00 | $56,349.00 | $0.00 | $0.00 | $11,365.00 |

**Claim Notes:** voluntary reduction

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | RAPPAPORT OSBORNE RAPPAPORT, PLLC<br><br>1300 N. FEDERAL HWY<br>#203<br>BOCA RATON FL 33432 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $91,000.00 | $50,000.00 | $0.00 | $0.00 | $41,000.00 |

**Claim Notes:** voluntary reduction

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | RAPPAPORT OSBORNE RAPPAPORT, PLLC<br><br><br>1300 N. FEDERAL HWY<br>#203<br>BOCA RATON FL 33432 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $1,868.85 | $1,868.85 | $0.00 | $0.00 | $0.00 |
| | AKERMAN, LLP<br><br><br>ATTN: Brett Marks<br>Las Olas Centre II, Suite 1600<br>350 E Las Olas Blvd.<br>Ft. Lauderdale FL 33301 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $8.06 | $0.00 | $0.00 | $0.00 | $8.06 |

**Claim Notes:** voluntary reduction of 1305.99

| Case No. | 15-30368-RBR | Trustee Name: Leslie S. Osborne |
|---|---|---|
| Case Name: | DM RECORDS, INC. | Date: 7/16/2018 |

**Claims Bar Date:** 02/27/2017

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | AKERMAN, LLP<br><br>ATTN: Brett Marks<br>Las Olas Centre II, Suite 1600<br>350 E Las Olas Blvd.<br>Ft. Lauderdale FL 33301 | Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11) | Allowed | 6210-000 | $11,694.00 | $11,694.00 | $0.00 | $0.00 | $0.00 |
| | AKERMAN, LLP<br><br>ATTN: Brett Marks<br>Las Olas Centre II, Suite 1600<br>350 E Las Olas Blvd.<br>Ft. Lauderdale FL 33301 | Attorney for Trustee/D-I-P Expenses (Other Firm) (Chapter 11) | Allowed | 6220-000 | $1,486.32 | $1,486.32 | $0.00 | $0.00 | $0.00 |
| | RAPPAPORT OSBORNE RAPPAPORT, P.L.<br><br>1300 N. FEDERAL HWY<br>#203<br>BOCA RATON FL 33432 | Attorney for Trustee Fees (Trustee Firm) (Chapter 11) | Allowed | 6110-000 | $103,760.00 | $103,760.00 | $0.00 | $0.00 | $0.00 |
| | RAPPAPORT OSBORNE RAPPAPORT, P.L.<br><br>1300 N. FEDERAL HWY<br>#203<br>BOCA RATON FL 33432 | Attorney for Trustee Expenses (Trustee Firm) (Chapter 11) | Allowed | 6120-000 | $4,486.67 | $4,486.67 | $0.00 | $0.00 | $0.00 |
| | NATIONAL AUCTION COMPANY<br><br>1325 S CONGRESS AVE<br>#202<br>Boynton Beach FL 33426 | Auctioneer for Trustee Expenses | Allowed | 3620-000 | $4,801.73 | $0.00 | $0.00 | $0.00 | $4,801.73 |

**Claim Notes:**     storage expenses for unit in boynton

Exhibit C

| Case No. | 15-30368-RBR |
|---|---|
| Case Name: | DM RECORDS, INC. |
| Claims Bar Date: | 02/27/2017 |

**Trustee Name:** Leslie S. Osborne
**Date:** 7/16/2018

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | GLASSRATNER ADVISORY & CAPITAL GROUP<br><br>1400 Centrepark Blvd. Suite 860 W Palm Beach FL 33401 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $19,692.00 | $0.00 | $0.00 | $0.00 | $19,692.00 |
| **Claim Notes:** | voluntary reduction | | | | | | | | |
| | GLASSRATNER ADVISORY & CAPITAL GROUP<br><br>1400 Centrepark Blvd. Suite 860 W Palm Beach FL 33401 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $323.17 | $0.00 | $0.00 | $0.00 | $323.17 |
| | HERMAN MOSKOWITZ<br><br>3850 hollywood Blvd Hollwood FL 33021 | Accountant for Trustee/D-I-P Fees (Other Firm) (Chapter 11) | Allowed | 6410-000 | $20,227.50 | $0.00 | $0.00 | $0.00 | $20,227.50 |
| | LESLIE S. OSBORNE<br><br>1300 N. Federal Hwy #203 Boca Raton FL 33432 | Trustee Compensation | Allowed | 2100-000 | $25,801.37 | $0.00 | $0.00 | $0.00 | $25,476.37 |
| **Claim Notes:** | voluntary reduction | | | | | | | | |
| | LESLIE S. OSBORNE<br><br>1300 N. Federal Hwy #203 Boca Raton FL 33432 | Trustee Expenses | Allowed | 2200-000 | $286.34 | $0.00 | $0.00 | $0.00 | $286.34 |
| 1 | I.R.S. (SPECIAL PROCEDURES)<br><br>PO Box 17167, Stop 5760 Fort Lauderdale FL 33318 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case No.** 15-30368-RBR

**Case Name:** DM RECORDS, INC.

**Trustee Name:** Leslie S. Osborne

**Date:** 7/16/2018

**Claims Bar Date:** 02/27/2017

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | ALVERTIS ISBELL D/B/A ALVERT MUSIC<br><br>c/o King & Ballow<br>315 Union Street, Suite 1100<br>Nashville TN 37201 | Subordinated General Unsecured (Equitably or consensually subordinated ) | Allowed | 7400-000 | $2,254,655.42 | $0.00 | $0.00 | $0.00 | $2,254,655.42 |
| **Claim Notes:** | per ecf 336 and 353 | | | | | | | | |
| 2a | ALVERTIS ISBELL D/B/A ALVERT MUSIC<br><br>c/o King & Ballow<br>315 Union Street, Suite 1100<br>Nashville TN 37201 | Subordinated General Unsecured (Equitably or consensually subordinated ) | Allowed | 7400-000 | $1,302,637.78 | $0.00 | $0.00 | $0.00 | $1,302,637.78 |
| **Claim Notes:** | per ecf 336 and 353 | | | | | | | | |
| 3 | AMERICAN EXPRESS BANK FSB<br><br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $20,689.05 | $0.00 | $0.00 | $0.00 | $20,689.05 |
| 4 | STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Claims of Governmental Units | Allowed | 5800-000 | $37.50 | $0.00 | $0.00 | $0.00 | $37.50 |
| **Claim Notes:** | (4-1) REEMPLOYMENT TAX claim(4-2) AMENDED REEMPLOYMENT TAX claim | | | | | | | | |
| 4a | STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $272.13 | $0.00 | $0.00 | $0.00 | $272.13 |
| **Claim Notes:** | (4-1) REEMPLOYMENT TAX claim(4-2) AMENDED REEMPLOYMENT TAX claim | | | | | | | | |

Exhibit C

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Case No.** | 15-30368-RBR | | | | | | | | **Trustee Name:** Leslie S. Osborne |
| **Case Name:** | DM RECORDS, INC. | | | | | | | | **Date:** 7/16/2018 |
| **Claims Bar Date:** | 02/27/2017 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | BANK OF AMERICA, N.A.<br><br>Bank of America, N.A. - Attn: Mark L. Alexander 101 North Tryon Street NC1-001-07-06 Charlotte NC 28255 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $15,893.52 | $0.00 | $0.00 | $0.00 | $15,893.52 |
| | | | | | $3,948,310.41 | $229,644.84 | $0.00 | $0.00 | $3,718,340.57 |

Case No.        15-30368-RBR                                                    Trustee Name: Leslie S. Osborne
Case Name:      DM RECORDS, INC.                                                Date: 7/16/2018
Claims Bar Date:  02/27/2017

## CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) | $323.17 | $323.17 | $0.00 | $0.00 | $0.00 | $323.17 |
| Accountant for Trustee Fees (Other Firm) | $21,888.00 | $19,692.00 | $0.00 | $0.00 | $0.00 | $19,692.00 |
| Accountant for Trustee/D-I-P Fees (Other Firm) (Chapter 11) | $20,227.50 | $20,227.50 | $0.00 | $0.00 | $0.00 | $20,227.50 |
| Attorney for Trustee Expenses (Other Firm) | $1,314.05 | $8.06 | $0.00 | $0.00 | $0.00 | $8.06 |
| Attorney for Trustee Expenses (Trustee Firm) | $1,868.85 | $1,868.85 | $1,868.85 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Expenses (Trustee Firm) (Chapter 11) | $4,486.67 | $4,486.67 | $4,486.67 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Other Firm) | $69,984.00 | $67,714.00 | $56,349.00 | $0.00 | $0.00 | $11,365.00 |
| Attorney for Trustee Fees (Trustee Firm) | $104,867.50 | $91,000.00 | $50,000.00 | $0.00 | $0.00 | $41,000.00 |
| Attorney for Trustee Fees (Trustee Firm) (Chapter 11) | $103,760.00 | $103,760.00 | $103,760.00 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee/D-I-P Expenses (Other Firm) (Chapter 11) | $1,486.32 | $1,486.32 | $1,486.32 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11) | $11,694.00 | $11,694.00 | $11,694.00 | $0.00 | $0.00 | $0.00 |
| Auctioneer for Trustee Expenses | $4,801.73 | $4,801.73 | $0.00 | $0.00 | $0.00 | $4,801.73 |
| Claims of Governmental Units | $37.50 | $37.50 | $0.00 | $0.00 | $0.00 | $37.50 |
| General Unsecured § 726(a)(2) | $20,961.18 | $20,961.18 | $0.00 | $0.00 | $0.00 | $20,961.18 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $15,893.52 | $15,893.52 | $0.00 | $0.00 | $0.00 | $15,893.52 |
| Subordinated General Unsecured (Equitably or consensually subordinated) | $3,557,293.20 | $3,557,293.20 | $0.00 | $0.00 | $0.00 | $3,557,293.20 |
| Trustee Compensation | $25,801.37 | $25,801.37 | $0.00 | $0.00 | $0.00 | $25,476.37 |
| Trustee Expenses | $286.34 | $286.34 | $0.00 | $0.00 | $0.00 | $286.34 |
| U.S. Trustee Quarterly Fees | $975.00 | $975.00 | $0.00 | $0.00 | $0.00 | $975.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:        15-30368-RBR
Case Name:    DM Records, Inc.
Trustee Name:   Leslie S. Osborne

Balance on hand:          $211,096.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 5 | Bank of America, N.A. | $15,893.52 | $15,893.52 | $0.00 | $15,893.52 |

Total to be paid to secured creditors:          $15,893.52
Remaining balance:          $195,203.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Leslie S. Osborne, Trustee Fees | $25,801.37 | $0.00 | $25,476.37 |
| Leslie S. Osborne, Trustee Expenses | $286.34 | $0.00 | $286.34 |
| RAPPAPORT OSBORNE RAPPAPORT, PLLC, Attorney for Trustee Fees | $91,000.00 | $50,000.00 | $41,000.00 |
| RAPPAPORT OSBORNE RAPPAPORT, PLLC, Attorney for Trustee Expenses | $1,868.85 | $1,868.85 | $0.00 |
| GlassRatner Advisory & Capital group, Accountant for Trustee Fees | $19,692.00 | $0.00 | $19,692.00 |
| GlassRatner Advisory & Capital group, Accountant for Trustee Expenses | $323.17 | $0.00 | $323.17 |
| National Auction Company , Auctioneer for Trustee Expenses | $4,801.73 | $0.00 | $4,801.73 |
| U.S. Trustee Payment Center, U.S. Trustee Quarterly Fees | $975.00 | $0.00 | $975.00 |
| Other: Akerman, LLP, Attorney for Trustee Fees | $67,714.00 | $56,349.00 | $11,365.00 |
| Other: Akerman, LLP, Attorney for Trustee Expenses | $8.06 | $0.00 | $8.06 |

UST Form 101-7-TFR (5/1/2011)

Total to be paid for chapter 7 administrative expenses: $103,927.67

Remaining balance: $91,275.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| RAPPAPORT OSBORNE RAPPAPORT, P.L., Attorney for Trustee Fees | $103,760.00 | $103,760.00 | $0.00 |
| RAPPAPORT OSBORNE RAPPAPORT, P.L., Attorney for Trustee Expenses | $4,486.67 | $4,486.67 | $0.00 |
| Herman Moskowitz, Accountant for Trustee/D-I-P Fees | $20,227.50 | $0.00 | $20,227.50 |
| Other: Akerman, LLP, Attorney for Trustee/D-I-P Fees | $11,694.00 | $11,694.00 | $0.00 |
| Other: Akerman, LLP, Attorney for Trustee/D-I-P Expenses | $1,486.32 | $1,486.32 | $0.00 |

Total to be paid to prior chapter administrative expenses: $20,227.50

Remaining balance: $71,048.08

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $37.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | State of Florida - Department of Revenue | $37.50 | $0.00 | $37.50 |

Total to be paid to priority claims: $37.50

Remaining balance: $71,010.58

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $20,961.18 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 295.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | I.R.S. (Special Procedures) | $0.00 | $0.00 | $0.00 |
| 3 | American Express Bank FSB | $20,689.05 | $0.00 | $20,689.05 |
| 4a | State of Florida - Department of Revenue | $272.13 | $0.00 | $272.13 |

Total to be paid to timely general unsecured claims:     $20,961.18
Remaining balance:     $50,049.40

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $50,049.40

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $3,557,293.20 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 1.4 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Alvertis Isbell d/b/a Alvert Music | $2,254,655.42 | $0.00 | $31,721.92 |
| 2a | Alvertis Isbell d/b/a Alvert Music | $1,302,637.78 | $0.00 | $18,327.48 |

Total to be paid for subordinated claims:     $50,049.40
Remaining balance:     $0.00

UST Form 101-7-TFR (5/1/2011)