**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-30368-RBR |
| | § | |
| DM Records, Inc. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Leslie S. Osborne, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $7,429,675.22 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $127,879.56 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $364,085.81 | | |

3)      Total gross receipts of $491,965.37  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $491,965.37 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,283,849.13 | $15,893.52 | $15,893.52 | $15,893.52 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $242,395.81 | $222,756.32 | $222,431.32 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $141,654.49 | $141,654.49 | $141,654.49 |
| Priority Unsecured Claims (From **Exhibit 6**) | $234.63 | $37.50 | $37.50 | $37.50 |
| General Unsecured Claims (from **Exhibit 7**) | $44,050.55 | $3,619,192.34 | $3,619,192.34 | $111,948.54 |
| **Total Disbursements** | $2,328,134.31 | $4,019,173.66 | $3,999,534.17 | $491,965.37 |

4).  This case was originally filed under chapter 11 on 11/19/2015. The case was converted to one under Chapter 7 on 10/14/2016. The case was pending for 24 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/23/2018                    By:    /s/ Leslie S. Osborne
                                                          Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| A/R | 1121-000 | $30,590.84 |
| Itunes (Apple) 1 Infinite Loop Cupertino, CA 95014 | 1121-000 | $42,807.99 |
| Orchard Enterprises A/R | 1221-000 | $84,632.55 |
| tax refund | 1224-000 | $25.45 |
| Cash in Bank ($2.67 xxx8069; $313,905.87 xxx8093) | 1229-000 | $313,908.54 |
| Preference/Fraudulent Transfer | 1241-000 | $20,000.00 |
| **TOTAL GROSS RECEIPTS** | | $491,965.37 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Bank of America, N.A. | 4110-000 | $19,866.85 | $15,893.52 | $15,893.52 | $15,893.52 |
| | Alvertis Isbell d/b/a Alvert Music | 4110-000 | $2,263,982.28 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,283,849.13 | $15,893.52 | $15,893.52 | $15,893.52 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Leslie S. Osborne, Trustee | 2100-000 | NA | $25,801.37 | $25,801.37 | $25,476.37 |
| Leslie S. Osborne, Trustee | 2200-000 | NA | $286.34 | $286.34 | $286.34 |
| Safeguard Self Storage | 2410-000 | NA | $3,000.92 | $3,000.92 | $3,000.92 |
| Green Bank | 2600-000 | NA | $7,284.88 | $7,284.88 | $7,284.88 |
| U.S. Trustee Payment Center | 2950-000 | NA | $975.00 | $975.00 | $975.00 |
| Attorney for Trustee | 3110-000 | NA | $104,867.50 | $91,000.00 | $91,000.00 |
| Attorney for Trustee | 3120-000 | NA | $1,868.85 | $1,868.85 | $1,868.85 |
| Akerman, LLP, Attorney for Trustee | 3210-000 | NA | $69,984.00 | $67,714.00 | $67,714.00 |

UST Form 101-7-TDR (10/1/2010)

| Akerman, LLP, Attorney for Trustee | 3220-000 | NA | $1,314.05 | $8.06 | $8.06 |
|---|---|---|---|---|---|
| GlassRatner Advisory & Capital group, Accountant for Trustee | 3410-000 | NA | $21,888.00 | $19,692.00 | $19,692.00 |
| GlassRatner Advisory & Capital group, Accountant for Trustee | 3420-000 | NA | $323.17 | $323.17 | $323.17 |
| National Auction Company , Auctioneer for Trustee | 3620-000 | NA | $4,801.73 | $4,801.73 | $4,801.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $242,395.81 | $222,756.32 | $222,431.32 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RAPPAPORT OSBORNE RAPPAPORT, P.L., Attorney for Trustee | 6110-000 | NA | $103,760.00 | $103,760.00 | $103,760.00 |
| RAPPAPORT OSBORNE RAPPAPORT, P.L., Attorney for Trustee | 6120-000 | NA | $4,486.67 | $4,486.67 | $4,486.67 |
| Akerman, LLP, Attorney for Trustee/D-I-P | 6210-000 | NA | $11,694.00 | $11,694.00 | $11,694.00 |
| Akerman, LLP, Attorney for Trustee/D-I-P | 6220-000 | NA | $1,486.32 | $1,486.32 | $1,486.32 |
| Herman Moskowitz, Accountant for Trustee/D-I-P | 6410-000 | NA | $20,227.50 | $20,227.50 | $20,227.50 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $141,654.49 | $141,654.49 | $141,654.49 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | State of Florida - Department of Revenue | 5800-000 | $0.00 | $37.50 | $37.50 | $37.50 |
| | Florida Dept. of Revenue | 5800-000 | $234.63 | $0.00 | $0.00 | $0.00 |

| TOTAL PRIORITY UNSECURED CLAIMS | $234.63 | $37.50 | $37.50 | $37.50 |
| --- | --- | --- | --- | --- |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | I.R.S. (Special Procedures) | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | Alvertis Isbell d/b/a Alvert Music | 7400-000 | $0.00 | $2,254,655.42 | $2,254,655.42 | $31,721.92 |
| 2a | Alvertis Isbell d/b/a Alvert Music | 7400-000 | $0.00 | $1,302,637.78 | $1,302,637.78 | $18,327.48 |
| 3 | American Express Bank FSB | 7100-000 | $20,689.05 | $20,689.05 | $20,689.05 | $20,689.05 |
| 4a | State of Florida - Department of Revenue | 7100-000 | $0.00 | $272.13 | $272.13 | $272.13 |
| | Alvert Music | 7100-002 | $0.00 | $7,210.28 | $7,210.28 | $7,210.28 |
| | Alvert Music | 7100-002 | $0.00 | $707.04 | $707.04 | $707.04 |
| | Alvert Music | 7100-002 | $0.00 | $6,580.62 | $6,580.62 | $6,580.62 |
| | Alvert Music | 7100-002 | $0.00 | $6,630.91 | $6,630.91 | $6,630.91 |
| | Alvert Music | 7100-002 | $0.00 | $588.35 | $588.35 | $588.35 |
| | Alvert Music | 7100-002 | $0.00 | $3,690.97 | $3,690.97 | $3,690.97 |
| | Alvert Music | 7100-002 | $0.00 | $105.90 | $105.90 | $105.90 |
| | Alvert Music | 7100-002 | $0.00 | $9,492.04 | $9,492.04 | $9,492.04 |
| | Alvert Music | 7100-002 | $0.00 | $338.02 | $338.02 | $338.02 |
| | Alvert Music | 7100-002 | $0.00 | $2,698.19 | $2,698.19 | $2,698.19 |
| | Alvert Music | 7100-002 | $0.00 | $2,467.94 | $2,467.94 | $2,467.94 |
| | Alvert Music | 7100-002 | $0.00 | $69.01 | $69.01 | $69.01 |
| | Alvert Music | 7100-002 | $0.00 | $297.62 | $297.62 | $297.62 |
| | Alvert Music | 7100-002 | $0.00 | $61.07 | $61.07 | $61.07 |
| | Amazement Music | 7100-000 | $109.49 | $0.00 | $0.00 | $0.00 |
| | BMG/Bug Music | 7100-000 | $35.60 | $0.00 | $0.00 | $0.00 |
| | Brown Roberts LLP | 7100-000 | $3,756.50 | $0.00 | $0.00 | $0.00 |
| | Chelsea Music Publishing | 7100-000 | $629.57 | $0.00 | $0.00 | $0.00 |
| | Chrysalis Music Publishing LLC | 7100-000 | $25.50 | $0.00 | $0.00 | $0.00 |
| | DeadEye Dick | 7100-000 | $2,519.73 | $0.00 | $0.00 | $0.00 |
| | Deep Space Music | 7100-000 | $26.49 | $0.00 | $0.00 | $0.00 |
| | Disney Music | 7100-000 | $9.81 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Group/Seven Peaks Music | | | | | |
| Entertaining Music | 7100-000 | $26.31 | $0.00 | $0.00 | $0.00 |
| Esntion Records (Pub) | 7100-000 | $68.11 | $0.00 | $0.00 | $0.00 |
| Evergreen Hip Hop LLC | 7100-000 | $59.42 | $0.00 | $0.00 | $0.00 |
| G Interactive | 7100-000 | $49.95 | $0.00 | $0.00 | $0.00 |
| Harley Allen Music | 7100-000 | $2.63 | $0.00 | $0.00 | $0.00 |
| Intuit | 7100-000 | $81.95 | $0.00 | $0.00 | $0.00 |
| Irving Music | 7100-000 | $10.44 | $0.00 | $0.00 | $0.00 |
| Kobalt Music Publishing | 7100-000 | $28.69 | $0.00 | $0.00 | $0.00 |
| Mark Goldstien, Esq. | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| MCS America, Inc. OBO C Minor Music | 7100-000 | $10.20 | $0.00 | $0.00 | $0.00 |
| Melanie Howard Music, Inc | 7100-000 | $18.14 | $0.00 | $0.00 | $0.00 |
| Music Gallery | 7100-000 | $33.36 | $0.00 | $0.00 | $0.00 |
| Music of Ever Hip Hop | 7100-000 | $470.89 | $0.00 | $0.00 | $0.00 |
| Musicworks Paul Klein | 7100-000 | $12.26 | $0.00 | $0.00 | $0.00 |
| Royalty Share | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Safe Guard Storage | 7100-000 | $449.48 | $0.00 | $0.00 | $0.00 |
| Sandy Fox | 7100-000 | $2,224.00 | $0.00 | $0.00 | $0.00 |
| Slick Rick Music | 7100-000 | $21.89 | $0.00 | $0.00 | $0.00 |
| Stutzman and Bromberg | 7100-000 | $8,000.00 | $0.00 | $0.00 | $0.00 |
| The Harry Fox Agency Inc. | 7100-000 | $1,915.38 | $0.00 | $0.00 | $0.00 |
| The Royalty Network c/o Bok Music | 7100-000 | $24.24 | $0.00 | $0.00 | $0.00 |
| Tony Mercedes | 7100-000 | $2,196.74 | $0.00 | $0.00 | $0.00 |
| Universal Songs of Polygram | 7100-000 | $30.77 | $0.00 | $0.00 | $0.00 |
| Wixen Music Publishing, Inc. | 7100-000 | $13.96 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $44,050.55 | $3,619,192.34 | $3,619,192.34 | $111,948.54 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1          Exhibit 8

| Case No.: | 15-30368-RBR | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | DM RECORDS, INC. | Date Filed (f) or Converted (c): | 10/14/2016 (c) |
| For the Period Ending: | 10/23/2018 | §341(a) Meeting Date: | 11/29/2016 |
| | | Claims Bar Date: | 02/27/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | TD Business Simple Checking Account # 5679 | $15,981.50 | $15,981.50 | | $0.00 | FA |
| **Asset Notes:** | account closed, rolled into DIP as part of Chapter 11, and remainder of account turned over to trustee- see asset 18 | | | | | |
| 2 | Bank of America Business Checking Account # 7036 | $2,311.72 | $2,311.72 | | $0.00 | FA |
| **Asset Notes:** | account closed, rolled into DIP as part of Chapter 11, and remainder of account turned over to trustee- see asset 18 | | | | | |
| 3 | Tag Team Music c/o Cecil Glenn 4301 Pine Heights Dr. Atlanta, GA 30324 | $494,747.00 | $494,747.00 | | $0.00 | FA |
| **Asset Notes:** | recoupment claim | | | | | |
| 4 | Leo Burnett Company Ltd. 175 Bloor Street East North Tower Toronto ON M4W 3R9 | $12,500.00 | $12,500.00 | | $0.00 | FA |
| 5 | Itunes (Apple) 1 Infinite Loop Cupertino, CA 95014 | $14,314.84 | $14,314.84 | | $42,807.99 | FA |
| **Asset Notes:** | original A/R fully administered. there are continuing A/R developed as ITunes uses music in Dm's catalogue | | | | | |
| 6 | Open Copyright Infringment matters in various stages of collections | $2,000,000.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** | no pending actions or suits filed | | | | | |
| 7 | Trademark- Dazzey Duks Serial # 78151278 | Unknown | $0.00 | | $0.00 | FA |
| 8 | Trademark- Duice Serial # 78100887 | Unknown | $0.00 | | $0.00 | FA |
| 9 | Trademark- Bellmark Records Serial # 77563187 | Unknown | $0.00 | | $0.00 | FA |
| 10 | Trademark- DM Records Serial # 74478928 | Unknown | $0.00 | | $0.00 | FA |
| 11 | Trademark- Bass 305 Serial # 78579563 | Unknown | $0.00 | | $0.00 | FA |
| 12 | Trademark- WHOOMP! (THERE IT IS) Serial # 78800711 (amended) | $1,700,000.00 | $0.00 | | $0.00 | FA |
| 13 | 555 Copyrights (amended) | $600,000.00 | $600,000.00 | | $0.00 | FA |
| 14 | Mechanical License | Unknown | $0.00 | | $0.00 | FA |
| 15 | customer list | Unknown | $0.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    2          Exhibit 8

| | |
|---|---|
| **Case No.:** | 15-30368-RBR |
| **Case Name:** | DM RECORDS, INC. |
| **For the Period Ending:** | 10/23/2018 |

| | |
|---|---|
| **Trustee Name:** | Leslie S. Osborne |
| **Date Filed (f) or Converted (c):** | 10/14/2016 (c) |
| **§341(a) Meeting Date:** | 11/29/2016 |
| **Claims Bar Date:** | 02/27/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |
| 16 | office equipment- fax machine ($10), office furniture- 3 desks, chairs, file cabinets ($500), DAT tapes- misc. DAT master tapes ($50), CD's- CD's of catalog ($500), video tapes-videos of music videos ($200), Computers-lap top, apple tower, monitor ($200), Cables- misc. wiring, cables, etc. ($300), misc. etc | $1,760.00 | $1,760.00 | OA | $0.00 | FA |
| 17 | Roland / GK 3- Divided pickup for guitar ($100), Roland / GI20-GK-Midi interface for guitar ($75), Yamaha / HS50M- 2-way active studio monitor (pair) ($200), M Audio / Keystation 61 es- 61 key semi- weighted keyboard controller ($75), Avantone / Mixcubes-One pair of "Limited Edition Insignia Series" active studio monitors ($200), Roland / SDE-330- ROLAND SDE-330 DELAY ($75), Yamaha / FG-411CE BL- 6-string acoustic guitar, black, cutaway ($100), Fender / Champ-Fender Champ 25 guitar amp ($100), Fender Bass- Fender Precision Bass ($150), Tascam DA 30 dat- Tascam DA 30 dat recorder ($50), EV sentry 100a speakers- EV sentry 100a Speakers pair ($150), Yamaha SBG500 - Yamaha SBG500 Electric guitar ($100), PreSonus- bluetube pre-amp ($75), Tube MP- pre-amp ($75), TC Electronics- D-TWO ($100), ProTools- Digi 001 ($50), Alesis- 3 ADAT recorders with BRC ($300), misc. studio gear- power amps, cass. machine, etc. ($400) | $2,375.00 | $2,375.00 | OA | $0.00 | FA |
| **Asset Notes:** | auctioneer hired- auction expected in May 2017 | | | | | |
| 18 | Cash in Bank ($2.67 xxx8069; $313,905.87 xxx8093) **(u)** | $0.00 | $313,908.54 | | $313,908.54 | FA |
| 19 | Orchard Enterprises A/R **(u)** | $0.00 | Unknown | | $84,632.55 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:    3          Exhibit 8

| Case No.: | 15-30368-RBR | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | DM RECORDS, INC. | Date Filed (f) or Converted (c): | 10/14/2016 (c) |
| For the Period Ending: | 10/23/2018 | §341(a) Meeting Date: | 11/29/2016 |
| | | Claims Bar Date: | 02/27/2017 |

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |
| 20 | A/R | | $0.00 | $0.00 | | $30,590.84 | FA |
| 21 | tax refund | (u) | $0.00 | $25.45 | | $25.45 | FA |
| 22 | possible malpractice claim v. Debtors former counsel Hall Booth et al (amended) | (u) | $1,500,000.00 | Unknown | OA | $0.00 | FA |
| 23 | possible copyright claim v. Marvel | | $0.00 | Unknown | | $0.00 | FA |
| 24 | possible copyright claim v. soundcloud | | $0.00 | Unknown | | $0.00 | FA |
| 25 | Preference/Fraudulent Transfer | (u) | $0.00 | $20,000.00 | | $20,000.00 | FA |
| **Asset Notes:** | claim v. Mark Watson re Boat transfer- court order of turnover obtained ecf 308, 1/12/17 | | | | | | |
| 26 | Patents/copyright:  Song - The Most Beautiful Girl in the World (Prince) (amended) | (u) | $500,000.00 | $500,000.00 | | $0.00 | FA |
| 27 | Infringement Claim against Spotify | (u) | $600,000.00 | $600,000.00 | | $0.00 | FA |

|  | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $7,443,990.06 | $2,577,924.05 | | $491,965.37 | $0.00 |

**Major Activities affecting case closing:**

06/13/2018      all claims issues resolved

tax returns filed

| **Initial Projected Date Of Final Report (TFR):** | 04/30/2018 | **Current Projected Date Of Final Report (TFR):** | 05/31/2018 | /s/ LESLIE S. OSBORNE |
|---|---|---|---|---|
| | | | | LESLIE S. OSBORNE |

Page No: 1        Exhibit 9

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 15-30368-RBR | |
| **Case Name:** | DM RECORDS, INC. | |
| **Primary Taxpayer ID #:** | **-***7044 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/19/2015 | |
| **For Period Ending:** | 10/23/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | Leslie S. Osborne | |
| **Bank Name:** | Green Bank | |
| **Checking Acct #:** | ******6801 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $73,967,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2016 | (18) | TD Bank | funds on hand in prior ch 11 case | 1229-000 | $313,908.54 | | $313,908.54 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $490.21 | $313,418.33 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $505.76 | $312,912.57 |
| 01/06/2017 | 3001 | RAPPAPORT OSBORNE RAPPAPORT, P.L. | ECF 300 (1/6/17) compensation order | * | | $108,246.67 | $204,665.90 |
| | | | $(103,760.00) | 6110-000 | | | $204,665.90 |
| | | | $(4,486.67) | 6120-000 | | | $204,665.90 |
| 01/06/2017 | 3002 | Brett Marks, Akerman LLP | ECF 298 (1/5/17) compensation order | * | | $13,180.32 | $191,485.58 |
| | | | $(11,694.00) | 6210-000 | | | $191,485.58 |
| | | | $(1,486.32) | 6220-000 | | | $191,485.58 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $366.57 | $191,119.01 |
| 02/06/2017 | (19) | Orchard Enterprises | A/R | 1221-000 | $6,796.29 | | $197,915.30 |
| 02/08/2017 | 3003 | Safeguard Self Storage | ECF 312 (02/03/17) | 2410-000 | | $3,000.92 | $194,914.38 |
| 02/28/2017 | (19) | Orchard/Green Bank ACH IN | A/R | 1221-000 | $4,663.58 | | $199,577.96 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $288.21 | $199,289.75 |
| 03/01/2017 | (5) | Apple/Green Bank ACH | Apple Music A/R | 1121-000 | $23,418.11 | | $222,707.86 |
| 03/10/2017 | (20) | Broadcast Music | A/R | 1121-000 | $581.16 | | $223,289.02 |
| 03/10/2017 | (20) | Music Reports | a/r | 1121-000 | $66.00 | | $223,355.02 |
| 03/10/2017 | (20) | Music Reports | a/r | 1121-000 | $149.04 | | $223,504.06 |
| 03/10/2017 | (20) | Soundexchange | a/r | 1121-000 | $3,713.09 | | $227,217.15 |
| 03/10/2017 | (20) | CMRRA | A/R | 1121-000 | $59.23 | | $227,276.38 |
| 03/10/2017 | (20) | CMRRA | A/R | 1121-000 | $23.54 | | $227,299.92 |
| 03/10/2017 | (20) | Harmonix | a/r | 1121-000 | $85.70 | | $227,385.62 |
| 03/10/2017 | (20) | Music Reports | a/r | 1121-000 | $172.91 | | $227,558.53 |
| 03/10/2017 | (20) | Music Reports | a/r | 1121-000 | $50.89 | | $227,609.42 |
| 03/10/2017 | (20) | CMRRA | A/R | 1121-000 | $12.93 | | $227,622.35 |
| 03/10/2017 | (20) | CMRRA | A/R | 1121-000 | $49.43 | | $227,671.78 |
| 03/10/2017 | (21) | U.S. TREASURY | tax refund | 1224-000 | $25.45 | | $227,697.23 |
| | | | **SUBTOTALS** | | $353,775.89 | $126,078.66 | |

Exhibit 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 15-30368-RBR | |
| Case Name: | DM RECORDS, INC. | |
| Primary Taxpayer ID #: | **-***7044 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/19/2015 | |
| For Period Ending: | 10/23/2018 | |

| | |
|---|---|
| Trustee Name: | Leslie S. Osborne |
| Bank Name: | Green Bank |
| Checking Acct #: | ******6801 |
| Account Title: | |
| Blanket bond (per case limit): | $73,967,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/30/2017 | (20) | Apple/Green Bank | A/R | 1121-000 | $5,632.34 | | $233,329.57 |
| 03/31/2017 | (20) | Orchard Enterprises | A/R | 1121-000 | $5,338.00 | | $238,667.57 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $399.61 | $238,267.96 |
| 04/10/2017 | (19) | Orchard Enterprises | A/R - funds were ACH'd on 3/1/17 | 1180-000 | $5,079.57 | | $243,347.53 |
| 04/27/2017 | (5) | Apple Music | A/R | 1121-000 | $5,378.96 | | $248,726.49 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $357.21 | $248,369.28 |
| 05/02/2017 | (20) | ASAP Clearance | Royalties for Whoomp - Little Big Shots, Season 2 | 1121-000 | $9,000.00 | | $257,369.28 |
| 05/04/2017 | (19) | Orchard Enterprises | ACH credit was deposited into the account April 28, 2018. | 1221-000 | $5,423.59 | | $262,792.87 |
| 05/16/2017 | (19) | ORCHARD ENTERPRISES | A/R | 1221-000 | $6,657.98 | | $269,450.85 |
| 05/31/2017 | (5) | APPLE Itunes | a/r | 1121-000 | $6,190.87 | | $275,641.72 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $429.66 | $275,212.06 |
| 06/05/2017 | (19) | Orchard Enterprises | ACH wire in on 6/2 - notification 6/5 | 1221-000 | $5,879.49 | | $281,091.55 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $470.55 | $280,621.00 |
| 07/05/2017 | (19) | Orchard Records | ACH into GreenBank 6/30 - account will NOT be in reconciliation as ROR not back in office until 7/5 | 1221-000 | $5,524.55 | | $286,145.55 |
| 07/10/2017 | (20) | Apple Music | A/R | 1121-000 | $5,656.58 | | $291,802.13 |
| 07/26/2017 | (5) | Apple Inc. | A/R | 1121-000 | $5,653.04 | | $297,455.17 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $442.86 | $297,012.31 |
| 08/01/2017 | (19) | Orchard Enterprises | NOTE: funds wired on 7/31. notification to trustee was 8/1 -- reconciliation will NOT match. | 1221-000 | $5,836.55 | | $302,848.86 |
| 08/16/2017 | (19) | Orchard Enterprises | A/R | 1180-002 | $7,210.28 | | $310,059.14 |
| 08/29/2017 | (5) | Apple | a/r | 1180-002 | $707.04 | | $310,766.18 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $495.23 | $310,270.95 |
| 09/15/2017 | (19) | Orchard Enterprises | orchard enterprises A/R | 1180-002 | $6,580.62 | | $316,851.57 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $512.52 | $316,339.05 |
| 10/02/2017 | (19) | Orchard Enterprises | funds in bank on 09/29/2017; notified on 10/2 by green bank | 1180-002 | $6,630.91 | | $322,969.96 |
| | | | **SUBTOTALS** | | $98,380.37 | $3,107.64 | |

FORM 2

Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 15-30368-RBR | |
| Case Name: | DM RECORDS, INC. | |
| Primary Taxpayer ID #: | **-***7044 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/19/2015 | |
| For Period Ending: | 10/23/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Leslie S. Osborne |
| Bank Name: | Green Bank |
| Checking Acct #: | ******6801 |
| Account Title: | |
| Blanket bond (per case limit): | $73,967,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/02/2017 | (5) | Apple Inc | wire rec'd by green bank on 09/26/2017; notified trustee on 10/2 | 1180-002 | $588.35 | | $323,558.31 |
| 10/17/2017 | 3004 | Alvert Music | Doc 353, 09/28/17, paragraph I. wire from Orchard Enterprises | 7100-002 | | $7,210.28 | $316,348.03 |
| 10/17/2017 | 3005 | Alvert Music | Doc 353, 09/28/17, paragraph I. A/R from Apple | 7100-002 | | $707.04 | $315,640.99 |
| 10/17/2017 | 3006 | Alvert Music | Doc 353, 09/28/17, paragraph I. Orchard Enterprises wire | 7100-002 | | $6,580.62 | $309,060.37 |
| 10/17/2017 | 3007 | Alvert Music | Doc 353, 09/28/17, paragraph I. Orchard wire | 7100-002 | | $6,630.91 | $302,429.46 |
| 10/17/2017 | 3008 | Alvert Music | Doc 353, 09/28/17, paragraph I. Apple wire in | 7100-002 | | $588.35 | $301,841.11 |
| 10/27/2017 | 3009 | Akerman, LLP | ECF 366 (10/27/17) 1st interim | 3210-000 | | $56,349.00 | $245,492.11 |
| 10/27/2017 | 3010 | RAPPAPORT OSBORNE RAPPAPORT, PLLC | ECF 367 (10/27/17) 1st interim | * | | $51,868.85 | $193,623.26 |
| | | | $(50,000.00) | 3110-000 | | | $193,623.26 |
| | | | $(1,868.85) | 3120-000 | | | $193,623.26 |
| 10/31/2017 | (19) | Orchard Enterprises | Orchard Enterprises A/R | 1180-002 | $3,690.97 | | $197,314.23 |
| 10/31/2017 | (5) | Apple, Inc. | rec'd by Green Bank on 10/24 | 1180-002 | $105.90 | | $197,420.13 |
| 10/31/2017 | (25) | Watson Music Group | payment for boat/fraudulent xfer ECF#308 - 01/12/2017 | 1241-000 | $4,000.00 | | $201,420.13 |
| 10/31/2017 | (25) | David Watson | payment for boat/fraudulent xfer ECF#308 - 01/12/2017 | 1241-000 | $10,000.00 | | $211,420.13 |
| 10/31/2017 | (25) | Mark Watson | payment for boat/fraudulent xfer ECF#308 - 01/12/2017 | 1241-000 | $6,000.00 | | $217,420.13 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $493.52 | $216,926.61 |
| 11/20/2017 | (19) | Orchard Enterprises | wire hit bank 11/16/17 | 1180-002 | $9,492.04 | | $226,418.65 |
| 11/29/2017 | (5) | Apple, Inc. | Wire into Green Bank on 11/28/2017; notification on 11/29/2017 | 1180-002 | $338.02 | | $226,756.67 |
| 11/29/2017 | 3011 | Alvert Music | Doc 353, 09/28/17, paragraph I. Orchard wire in | 7100-002 | | $3,690.97 | $223,065.70 |
| 11/29/2017 | 3012 | Alvert Music | Doc 353, 09/28/17, paragraph I. Apple wire in | 7100-002 | | $105.90 | $222,959.80 |
| | | | **SUBTOTALS** | | $34,215.28 | $134,225.44 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-30368-RBR | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | DM RECORDS, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7044 | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/19/2015 | Blanket bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 10/23/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/29/2017 | 3013 | Alvert Music | Doc 353, 09/28/17, paragraph I. Orchard wire in | 7100-002 | | $9,492.04 | $213,467.76 |
| 11/29/2017 | 3014 | Alvert Music | Doc 353, 09/28/17, paragraph I. Apple wire in | 7100-002 | | $338.02 | $213,129.74 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $349.15 | $212,780.59 |
| 12/04/2017 | (19) | Orchard Enterprises | funds hit green bank on 12/1/17 | 1180-002 | $2,698.19 | | $215,478.78 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $352.38 | $215,126.40 |
| 01/03/2018 | (19) | green bank (for Orchard Enterprises) | Wire rec'd 1/2/18 by green bank A/R | 1180-002 | $2,467.94 | | $217,594.34 |
| 01/09/2018 | (5) | Apple | wire rec'd by Green Bank 12/18/17 | 1180-002 | $69.01 | | $217,663.35 |
| 01/18/2018 | 3015 | Alvert Music | Doc 353, 09/28/17, paragraph I. Orchard wire in | 7100-002 | | $2,698.19 | $214,965.16 |
| 01/18/2018 | 3016 | Alvert Music | Doc 353, 09/28/17, paragraph I. Orchard wire in | 7100-002 | | $2,467.94 | $212,497.22 |
| 01/18/2018 | 3017 | Alvert Music | Doc 353, 09/28/17, paragraph I. Apple wire in | 7100-002 | | $69.01 | $212,428.21 |
| 01/29/2018 | (5) | Apple Inc | A/R | 1180-002 | $297.62 | | $212,725.83 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $349.47 | $212,376.36 |
| 02/28/2018 | (5) | Apple, Inc. | wire transfer in Accts Receivable | 1180-002 | $61.07 | | $212,437.43 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $309.55 | $212,127.88 |
| 03/23/2018 | 3018 | Alvert Music | Doc 353, 09/28/17, paragraph I. Apple wire in | 7100-002 | | $297.62 | $211,830.26 |
| 03/23/2018 | 3019 | Alvert Music | Doc 353, 09/28/17, paragraph I. Apple wire in | 7100-002 | | $61.07 | $211,769.19 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $353.27 | $211,415.92 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $319.15 | $211,096.77 |
| 08/23/2018 | 3020 | Akerman, LLP | distribution | 3210-000 | | $11,365.00 | $199,731.77 |
| 08/23/2018 | 3021 | Akerman, LLP | distribution | 3220-000 | | $8.06 | $199,723.71 |
| 08/23/2018 | 3022 | GlassRatner Advisory & Capital group | distribution | 3410-000 | | $19,692.00 | $180,031.71 |
| 08/23/2018 | 3023 | GlassRatner Advisory & Capital group | distribution | 3420-000 | | $323.17 | $179,708.54 |

|  |  |  | **SUBTOTALS** | | $5,593.83 | $48,845.09 | |

Page No: 5          Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-30368-RBR | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | DM RECORDS, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7044 | Checking Acct #: | ******6801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/19/2015 | Blanket bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 10/23/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/23/2018 | 3024 | Leslie S. Osborne | Trustee Compensation | 2100-000 | | $25,476.37 | $154,232.17 |
| 08/23/2018 | 3025 | Leslie S. Osborne | Trustee Expenses | 2200-000 | | $286.34 | $153,945.83 |
| 08/23/2018 | 3026 | National Auction Company | distribution | 3620-000 | | $4,801.73 | $149,144.10 |
| 08/23/2018 | 3027 | RAPPAPORT OSBORNE RAPPAPORT, PLLC | distribution | 3110-000 | | $41,000.00 | $108,144.10 |
| 08/23/2018 | 3028 | U.S. Trustee Payment Center | distribution | 2950-000 | | $975.00 | $107,169.10 |
| 08/23/2018 | 3029 | Herman Moskowitz | distribution | 6410-000 | | $20,227.50 | $86,941.60 |
| 08/23/2018 | 3030 | Alvertis Isbell d/b/a Alvert Music | distribution | 7400-000 | | $31,721.92 | $55,219.68 |
| 08/23/2018 | 3031 | Alvertis Isbell d/b/a Alvert Music | distribution | 7400-000 | | $18,327.48 | $36,892.20 |
| 08/23/2018 | 3032 | American Express Bank FSB | distribution | 7100-000 | | $20,689.05 | $16,203.15 |
| 08/23/2018 | 3033 | State of Florida - Department of Revenue | distribution | 5800-000 | | $37.50 | $16,165.65 |
| 08/23/2018 | 3034 | State of Florida - Department of Revenue | distribution | 7100-000 | | $272.13 | $15,893.52 |
| 08/23/2018 | 3035 | Bank of America, N.A. | distribution | 4110-000 | | $15,893.52 | $0.00 |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | **TOTALS:** | | | $491,965.37 | $491,965.37 | $0.00 |
| | | Less: Bank transfers/CDs | | | $0.00 | $0.00 | |
| | | **Subtotal** | | | $491,965.37 | $491,965.37 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | **Net** | | | $491,965.37 | $491,965.37 | |

| For the period of 11/19/2015 to 10/23/2018 | | For the entire history of the account between 10/31/2016 to 10/23/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $451,027.41 | Total Compensable Receipts: | $451,027.41 |
| Total Non-Compensable Receipts: | $40,937.96 | Total Non-Compensable Receipts: | $40,937.96 |
| Total Comp/Non Comp Receipts: | $491,965.37 | Total Comp/Non Comp Receipts: | $491,965.37 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $451,027.41 | Total Compensable Disbursements: | $451,027.41 |
| Total Non-Compensable Disbursements: | $40,937.96 | Total Non-Compensable Disbursements: | $40,937.96 |
| Total Comp/Non Comp Disbursements: | $491,965.37 | Total Comp/Non Comp Disbursements: | $491,965.37 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 6          Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 15-30368-RBR | |
| **Case Name:** | DM RECORDS, INC. | |
| **Primary Taxpayer ID #:** | **-***7044 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/19/2015 | |
| **For Period Ending:** | 10/23/2018 | |

| | |
|---|---|
| **Trustee Name:** | Leslie S. Osborne |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******6801 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $73,967,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $491,965.37 | $491,965.37 | $0.00 |

**For the period of 11/19/2015 to 10/23/2018**

| | |
|---|---|
| Total Compensable Receipts: | $451,027.41 |
| Total Non-Compensable Receipts: | $40,937.96 |
| Total Comp/Non Comp Receipts: | $491,965.37 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $451,027.41 |
| Total Non-Compensable Disbursements: | $40,937.96 |
| Total Comp/Non Comp Disbursements: | $491,965.37 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/14/2016 to 10/23/2018**

| | |
|---|---|
| Total Compensable Receipts: | $451,027.41 |
| Total Non-Compensable Receipts: | $40,937.96 |
| Total Comp/Non Comp Receipts: | $491,965.37 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $451,027.41 |
| Total Non-Compensable Disbursements: | $40,937.96 |
| Total Comp/Non Comp Disbursements: | $491,965.37 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ LESLIE S. OSBORNE

LESLIE S. OSBORNE